**JOSEPH W. MURRAY, ESQ.**

185 Great Neck Road, Suite 461
Great Neck, New York 11021
T:   (646) 838-1702
F:   (646) 514-4771
E:   Joe@Jmurray-law.com



JOSEPH W. MURRAY
ATTORNEY AT LAW

**ADMITTED TO PRACTICE**
New York State
Eastern District of New York
Southern District of New York

**J M U R R A Y - L A W . C O M**

March 28, 2021

Via ECF
Honorable Ronnie Abrams
United States District Judge
Sourthern District of New York
40 Foley Square
New York, New2 York 1007

Re:   United States v. Rasulov, et al., No. 20-CR-00653 (RA)
      First request for one week extension on time to file motions

Dear Judge Abrams:

I write to request a one-week extension of time to file motions on behalf of defendant Djonibek Rahmankulov. I had intended to timely file my motions today but had been delayed by other matters.  I have not yet consulted with the government because I have been working to try to complete the motion by midnight. Unfortunately, I will not be able to do so.

As such, I will consult with the government and update my letter request tomorrow as to whether or not the government has any opposition and then present this Court with a proposed updated motion schedule.

Respectfully,

Joseph W. Murray, Esq.

All parties via ECF

Application granted.

Any opposition shall be filed
by April 18, 2022 and any reply by
April 25, 2022.

SO ORDERED.

Hon. Ronnie Abrams
03/30/22