USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DJONIBEK RAKHMANKULOV,

Defendant.

No. 20-CR-653 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The trial in this matter is hereby adjourned to August 22, 2022.

Defendant's pretrial submissions, including responses to the Government's motions *in limine*, shall be filed by no later than August 8, 2022. The final pretrial conference is rescheduled from August 11, 2022 to August 16, 2022 at 3:00 p.m., at Courtroom 1506 of the Thurgood Marshall Courthouse.

Time is excluded until August 22, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:  August 4, 2022
        New York, New York

Ronnie Abrams
United States District Judge