USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DJONIBEK RAKHMANKULOV,

                Defendant.

No. 20-CR-653 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      For the reasons stated on the record at today's conference, IT IS HEREBY ORDERED that Mr. Rahmankulov's bail conditions are modified to include home detention with location monitoring with GPS. This modification will not restrict Mr. Rahmankulov's ability to work, to the extent that work is confirmed by Pretrial Services. However, consistent with location monitoring, the only employment Mr. Rahmankulov may obtain is stand-alone employment: that is, employment in which he remains in one location for his entire shift or workday. Accordingly, he may not maintain employment as a driver, mover, or any other position in which he travels to various locations throughout the day. Mr. Rahmankulov is directed to consult with Pretrial Services for further instructions.

      This modification also will not restrict Mr. Rahmankulov's ability to attend meetings with his attorney in preparation for trial, all of which will occur in the Eastern District of New York. Defense counsel shall contact Pretrial Services for instructions on how to receive advance permission for Mr. Rahmankulov to visit counsel's offices. Although the Court had previously indicated that it would restrict Mr. Rahmankulov's travel to the Eastern or Southern Districts of New York, that is no longer necessary given that any travel must be approved by Pretrial Services.

Finally, IT IS FURTHER ORDERED that Mr. Rahmankulov is prohibited from having direct contact with any witnesses in this matter, unless it is in the presence of counsel.

SO ORDERED.

Dated:   August 4, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge