UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :

UNITED STATES OF AMERICA,           :              20 Cr. 653 (RA)

                                                         :                ORDER
                   -v-                                     :

Djonibek Rahmankulov,                       :

              Defendant.                        :

-------------------------------------------------------- X

RONNIE ABRAMS, District Judge:

       IT IS HEREBY ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated:      September 1, 2022
               New York, New York

                                                                        Ronnie Abrams
                                                                 United States District Judge