# JAMES KOUSOUROS
### ATTORNEY AT LAW

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

November 30, 2022

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Djonibek Rahmankulov*, 20 Cr. 653 (RA)

Dear Judge Abrams:

I have been retained to represent Djonibek Rahmankulov in the above-captioned matter and write to respectfully request a 60-day adjournment of the sentence, currently scheduled for January 5, 2023. I have been gathering the discovery as well as the trial transcripts which I will need to review prior to proceeding to sentence. I am currently recovering from pneumonia and will require the requested time in order to properly prepare for sentencing. I will be commencing a trial on February 6, 2023, which will last approximately three weeks and would respectfully request a date in mid-March, 2023 convenient for the Court. The Government has been consulted and has no objection to this request.

I thank the Court for its courtesy and consideration.

Respectfully submitted,

/s/ James Kousouros
James Kousouros, Esq.

c.c.

Samuel Raymond
Thane Rehn
Cecilia Vogel
Assistant United States Attorneys

Application granted. The sentence is adjourned to March 17, 2023 at 11:30 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
December 1, 2022