USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DJONIBEK RAHMANKULOV,

Defendant.

No. 20-CR-653-05

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully requested to terminate the gavel at Doc #244 and mail a copy of the Memorandum Opinion and Order (Doc #255) and the endorsed letter (Doc#256) to Mr. Djonibek Rahmankulov, Register# 08873-509 at MDC BROOKLYN, P.O. Box 329002, Brooklyn, New York, 11232.

SO ORDERED.

Dated:   May 9, 2023
         New York, New York

Ronnie Abrams
United States District Judge