UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 20-CR-653 (05) (RA) |
| DJONIBEK RAHMANKULOV, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

The Court received notice that Defendant Rahmankulov may not have received the order dated June 13, 2023, Dkt. 263, attached here. Accordingly, Mr. Rahmankulov may file his opposition to the government's proposed restitution order by July 10, 2023, and the government by a reply, if any, by July 17, 2023.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Rahmankulov.

SO ORDERED.

Dated:   June 23, 2023
         New York, New York

                                              _____
                                              Hon. Ronnie Abrams
                                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DJONIBEK RAHMANKULOV,

Defendant.

20-CR-653 (05) (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 20, 2023 this Court sentenced Defendant Djonibek Rahmankulov to 121 months' imprisonment. *See* Judgment, Dkt. 236. At the government's request, the Court deferred its determination of the restitution amount to be paid by Mr. Rahmankulov until June 15, 2023. *See* 18 U.S.C. § 3664(d)(5) (permitting restitution to be deferred 90 days in cases where the victims' losses "are not ascertainable by the date that is 10 days prior to sentencing").

On June 8, 2023, the government filed a proposed restitution order, along with attached affidavits and exhibits. *See* Gov't Submission, Dkt. 262. While the Court has ordered restitution in this action, *see* Judgment, Dkt. 236, it will not set the amount to be paid before Mr. Rahmankulov has an opportunity to respond. Accordingly, Mr. Rahmankulov may file an opposition by June 26, 2023, and the government by a reply, if any, by July 5, 2023. Because the Court has ordered restitution in this action, it retains jurisdiction to set a restitution amount beyond the 90-day period. *See Dolan v. United States*, 560 U.S. 605, 611 (2010) (holding, where a district court has ordered restitution within the 90-day period under 18 U.S.C. § 3664(d)(5), but has not set an amount, that it retains jurisdiction to order the amount at a later date).

SO ORDERED.

Dated:   June 13, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge