**DJONIBEK RAHMANKULOV**
**REGISTER NO. 08873-509**
**F.C.I. OAKDALE II**
**P.O. BOX 5010**
**OAKDALE, LOUISIANA 71463**

July 3, 2023

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *United States v. Djonibek Rahmankulov,* **20 Cr. 653 (RA)**

Dear Judge Abrams:

    Defendant respectfully submits this letter in relation to the Government's proposed order for restitution. As a preliminary matter, Defendant objects to the proposed order, and respectfully requests that the Court stay the entry of such order. As the Court is undoubtedly aware, Defendant is without counsel, and does not waive any right that he may have to counsel. Instead, Defendant respectfully requests that the Court conduct a hearing on the Government's loss calculation, and the evidence submitted in connection therewith, and that the Court also appoint counsel insofar as Defendant has a right to counsel in these restitution-related proceedings.

    The Court's indulgence and assistance in this matter will be greatly and most sincerely appreciated.

    Respectfully submitted,

*Djonibek Rahmankulov*

_____
**DJONIBEK RAHMANKULOV**

## CERTIFICATE OF SERVICE

      This shall certify that a true and correct copy of this letter-reply has been furnished upon the Office of the United States Attorney for the Southern District of New York, at One Saint Andrew's Plaza, New York, New York, on this 3rd day of July, 2023, by my having caused same to be so furnished thereupon by United States Mail, Postage Prepaid.

*Djonibek Rahmankulov*

_____
**DJONIBEK RAHMANKULOV**