UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-

DJONIBEK RAHMANKULOV,

          Defendant.

20-CR-653 (RA)

ORDER

---

RONNIE ABRAMS, District Judge:

    On March 17, 2023, Djonibek Rahmankulov was sentenced principally to a term of imprisonment of 121 months. On November 6, 2023, Mr. Rahmankulov filed a motion requesting that this court grant a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. The United States Probation Department has issued a report stating its position that the defendant is precluded from receiving a sentence reduction because the original sentence was at or below the low end of the amended Guidelines range. The Court has considered Mr. Rahmankulov's submission and the record in this case.

    It is hereby ORDERED that Mr. Rahmankulov's motion is denied. The Court agrees with the Probation Department that he is precluded from receiving a sentence reduction because his original sentence is below the reduced Guidelines range. *See* 18 U.S.C. § 3582(c)(2); U.S.S.G. § 1B1.10(b)(2)(A).

    SO ORDERED.

                                                                                            _____
                                                                                   Ronnie Abrams
                                                                                   United States District Judge

Dated: January 25, 2024
       New York, New York