USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

DJONIBEK RAHMANKULOV,

Defendant.

No. 20-cr-653 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter filed by Anton Perevoznikov, dated February 13, 2024. The Court's January 5, 2024 order dismissing Perevoznikov's petition for a hearing to adjudicate the validity of his alleged property interest is currently on appeal. Accordingly, the Court is without jurisdiction to address the requests in his letter. The Clerk of Court is respectfully directed to mail a copy of this order to Perevoznikov.

SO ORDERED.

Dated:   March 4, 2023
         New York, New York

Ronnie Abrams
United States District Judge

TRULINCS 86355053 - PEREVOZNIKOV, ANTON - Unit: DAN-H-A

---

FROM: 86355053
TO:
SUBJECT: Honorable Ronnie Abrams
DATE: 02/13/2024 12:30:40 PM

The Honorable Ronnie Abrams
Southern District of New York
40 Foley Square
New York, New York 10007

United States v. Rasulov, at al. 20 Cr. 653(RA)

Dear Judge Abrams:

I am writing to request clarification and conformation regarding the governments letter dated December 5th, 2023.
English is not my first language and I have no access at FCI Danbury to a translator, nor do I have training in legal terminology.
The last paragraph of the governments letter states: "In the alternative .....under the Money Judgment".
Do I understand correctly that the plain English meaning of these words is that the government intends to take the approximately $54,000 in the Day and Night Sales USA Inc. account and apply it as partial payment to my $100,000 Money Judgement? Your Honor could I please respectfully request from the government to write motions in English that a regular person, an immigrant such as myself with no training in the law and no access to a lawyer, could understand.
I would also like to express both my gratitude and bemusement at the governments intentions, if I have correctly understand them, despite claiming that the $54,000 in the Day And Night Sales USA Inc. trading account is not mine that I have no standing regarding it the government intends to apply this money as payment of the debt I owe it.

In addition, I am sending documents which is proof of that I am lawful owner of the company "Day And Night Sales USA Inc." which is belong to me. I know I should have sent this documents earlier but I could not do it. Please see all the documents that I have requested and received from my accountant recently included her letter along with it. I am aware that Your Honor dismissed my petition, but I filed notice to appeal this decision, If the question that i raised can be answered and money can be moved towards my $100,000 money judgment in EDNY case, I will withdraw my appeal. Thank you.

Anton Perevoznikov-86355053
FCI Danbury
33 1/2 Pembroke Rd.
Danbury, CT 06811

CC: AUSA, Samuel Raymond, Daiman Williams, Cecilia Vogel.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 5, 2023

**BY ECF**
The Honorable Ronnie Abrams
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Rasulov*, et al. 20 Cr. 653 (RA)

Dear Judge Abrams:

    The Government respectfully writes in response to the forfeiture petition filed by Anton Perevoznikov, Dkt. No. 292. The Court should dismiss the petition because Perevoznikov lacks standing. In the alternative, the Court should hold the petition in abeyance, so that the United States Attorney's Office for the Eastern District of New York can file a motion to forfeit the funds claimed by Perevoznikov as substitute assets.

    *A. Factual Background*

    In 2015, Perevoznikov was charged in the Eastern District of Pennsylvania with conspiracy to unlawfully export defense articles without a license and attempted unlawful export of a defense article without a license. *United States v. Perevoznikov*, 15 Cr. 441 (E.D. Pa.). In October 2018, he pleaded guilty to one count of the indictment against him, but continued on bail. 15 Cr. 441, Dkt. No. 77. His sentencing was repeatedly continued on this charge.

    On September 8, 2020, the Honorable Sarah Netburn issued a seizure warrant authorizing the seizure of, among other property, all monies and funds contained in or traceable to TD Bank, N.A., Account Number 4368928251, held in the name of Day and Night Sales USA Inc. (the "Day and Night Account"), pursuant to 18 U.S.C. §§ 981 and 984.

    In October 2020, while awaiting sentencing in the Pennsylvania case, Perevoznikov was charged in the Eastern District of New York with conspiracy to fail to file export information, illegal exportation, substantive failure to file export information, conspiracy to transport stolen property, and substantive transportation of stolen property. *United States v. Perevoznikov*, 20 Cr. 415 (E.D.N.Y.), Dkt. No. 10.

    In December 2020, the Grand Jury in this District returned the initial indictment against Sherzod Rasulov and others. Dkt. No. 28. The indictment charged the defendants with conspiracy to operate an unlicensed money transmitting business, conspiracy to commit money laundering, and other offenses. The indictment also contained forfeiture allegations, and named the Day and

the prosecution and forfeiture efforts against Perevoznikov. They informed the undersigned that Perevoznikov has not paid any funds towards his $100,000 Money Judgment. As a result, the undersigned understands that that Office intends to move to obtain the funds at issue as substitute assets under the Money Judgment.[1]

The Government can answer any questions the Court may have.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: *Samuel Raymond*
Samuel Raymond
Assistant United States Attorney
(212) 637-6519

cc: Anton Perevoznikov (by mail)

---

[1] The Government notes, that while not relevant to the Court's consideration because Perevoznikov lacks standing, the funds Perevoznikov seeks appear to themselves be crime proceeds. Perevoznikov's Petition shows the relevant bank records which he asserts demonstrates his entitlement to the funds. Petition p. 6. Those records show the account received $53,900 from "SBAD TREAS" on June 25, 2020. The Government understands that indicates a payment from the Small Business Administration. In his plea agreement, Perevoznikov admitted that he had engaged in a scheme to improperly obtain approximately $54,000 from the Small Business Administration.

# ProTaxCenter
## Tax and Accounting

02/04/2024

RE: Mr. Anton Perevoznikov; Day and Night Sales USA Inc.

Letter Requested by Mr. Anton Perevoznikov

Dear Sir/Madam,

Please be advised that we are the accountants for **Day and Night Sales USA Inc**, a corporation incorporated in the State of New York on 08/11/2014.

This is to confirm that **Mr. Anton Perevoznikov** is a 100% shareholder and the sole officer of the corporation since the date of the incorporation.

Should you have any questions, please do not hesitate to contact us.

Sincerely,

Yevgeniya Rachamim

**ACKNOWLEDGEMENT COPY**

# CERTIFICATE OF INCORPORATION
# OF
# DAY AND NIGHT SALES USA INC.

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is:

**DAY AND NIGHT SALES USA INC.**

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is KINGS.

**FOURTH:** The total number and value of shares of common stock which the corporation shall have authority to issue is: 200 SHARES WITH NO PAR VALUE.

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the corporation served upon him or her is:

DAY AND NIGHT SALES USA INC.
1647 WEST 4TH STREET, UNIT #B
BROOKLYN, NY 11223

I certify that I have read the above statements, I am authorized to sign these Certificate of Incorporation, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

ANTON PEREVOZNIKOV (signature)

ANTON PEREVOZNIKOV, INCORPORATOR

BROOKLYN, NY 11223

Filed by:
INNA OREL
1312 KINGS HWY FLR 2
BROOKLYN, NY 11229

**ACKNOWLEDGEMENT COPY**

```
                    ONLINE FILING RECEIPT
================================================================

ENTITY NAME: DAY AND NIGHT SALES USA INC.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)        COUNTY: KING
================================================================

   FILED:08/11/2014 DURATION:PERPETUAL CASH#:140811010273 FILE#:140811010273
                            DOS ID:4619960

      FILER:                                      EXIST DATE
      ------                                      ----------
      INNA OREL                                   08/11/2014
      1312 KINGS HWY FLR 2
      BROOKLYN, NY 11229

      ADDRESS FOR PROCESS:
      -------------------
      DAY AND NIGHT SALES USA INC.
      1647 WEST 4TH STREET, UNIT #B
      BROOKLYN, NY 11223

      REGISTERED AGENT:
      -----------------


      STOCK: 200 NPV
```



```
The corporation is required to file a Biennial Statement with the Department of
State every two years pursuant to Business Corporation Law Section 408.
Notification that the Biennial Statement is due will only be made via email. Please
go to www.email.ebiennial.dos.ny.gov to  provide an email address to receive an
email notification when the Biennial Statement is due.
================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **
SERVICE CODE: 00

FEE:              135.00                    PAYMENTS     135.00
                 --------                                --------
FILING:           125.00                    CHARGE       135.00
TAX:               10.00                    DRAWDOWN       0.00
PLAIN COPY:         0.00
CERT COPY:          0.00
CERT OF EXIST:      0.00
================================================================
                                          DOS-1025 (04/2007)

Authentication Number: 1408110283  To verify the authenticity of this document you
may access the Division of Corporation's Document Authentication Website at
```

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:  08-12-2014

Employer Identification Number:
███████████

Form:  SS-4

Number of this notice:  CP 575 A

DAY AND NIGHT SALES USA INC
1647 W 4TH ST APT B
BROOKLYN, NY  11223

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 47-1563207. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

               Form 1120                             10/15/2015

If you have questions about the form(s) or the due date(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

**IMPORTANT INFORMATION FOR S CORPORATION ELECTION**

If you intend to elect to file your return as a small business corporation, an election to file a Form 1120-S must be made within certain timeframes and the corporation must meet certain tests. All of this information is included in the instructions for Form 2553, *Election by a Small Business Corporation*.

(IRS USE ONLY)      575A              08-12-2014   DAYA   B   9999999999   SS-4

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS). A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative. For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*. If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

The IRS is committed to helping all taxpayers comply with their tax filing obligations. If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents (payroll service providers) are available to assist you. Visit the IRS Web site at www.irs.gov for a list of companies that offer IRS e-file for business products and services. The list provides addresses, telephone numbers, and links to their Web sites.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is DAYA. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

## Reception Protax NYC

| | |
|---|---|
| From: | eCorps@dos.ny.gov |
| Sent: | Monday, August 11, 2014 4:10 PM |
| To: | Protax NYC |
| Cc: | eCorps@dos.ny.gov |
| Subject: | E-Corp Filing-140811010273 |
| Attachments: | 140811010273_FilingReceipt.pdf; 140811010273_ack.pdf |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

### New York State Department of State

### Division of Corporations

PLEASE PRINT THIS E-MAIL FOR YOUR RECORDS.

Thank you for submitting your business entity filing through the e-Corp Filing System. The Certificate of Incorporation has been filed by the Department of State.

Attached are the filing receipt and related document(s) for the following business entity:

Dos ID: 4619960

Business Name: DAY AND NIGHT SALES USA INC.

County: KINGS

Filing Date: 08/11/2014

Biennial Statement Due: 08/11/2016

E-Mail Address: email@protaxnyc.com

Please retain this email and attachment(s) for your records. The Department of State will not re-send this email. Please note the Department of State does not issue duplicate filing receipts.

The domestic business corporation is required to file a Biennial Statement with the Department of State every two years pursuant to . The Department of State will send an email reminder notice when the Biennial Statement for your domestic business corporation is due. The notice will be sent to the email address indicated above. You may update the email address by accessing the Department of State's Biennial Statement Email Address Notification website at www.email.ebiennial.dos.ny.gov.

Instructions for Certificates of Correction and Certificates of Amendment are available on the Department of State's website at If you have any questions, please contact the Division of Corporations at eCorps@dos.ny.gov.

1



**DTF-17**  NYS Department of Taxation and Finance
W.A. HARRIMAN CAMPUS, BUILDING 8 ALBANY, NY 12207-0155

## Application for Sales Tax Certificate of Authority

Application submitted on: 08/12/2014 12:06PM                Confirmation Number: 2041974

### Section A - Starting your business or updating its status

Reason for applying:                                        Starting a new business

### Section B - Business identification

| Field | Value |
|---|---|
| Legal name: | DAY AND NIGHT SALES USA INC. |
| DBA or trade name (if different from legal name above): | |
| Federal Employer ID number (EIN): | XXXXXXXXX* |
| Physical address care of (c/o): | |
| Physical address number and street: | 1647 WEST 4TH STREET, UNIT #B |
| Physical address city: | BROOKLYN |
| Physical address U.S. state/ Canadian province: | NY |
| Physical address county: | Kings |
| Physical address ZIP/postal code & ZIP+4 (US only): | 11223 |
| Physical address country: | United States |
| Mailing address care of (c/o): | |
| Mailing address number and street or PO Box: | |
| Mailing address city: | |
| Mailing address U.S. state / Canadian province: | NY |
| ZIP/postal code & ZIP+4 (US only): | |
| Mailing address country: | United States |
| Primary business telephone number: | 917-702-4215 |
| Alternate business telephone number 1: | |
| Alternate business telephone number 2: | |
| Fax number: | |
| Mobile number: | |
| Primary email address: | EMAIL@PROTAXNYC.COM |
| Alternate email address 1: | |
| Alternate email address 2: | |

### Section C - Type of entity or organization

Type of entity or organization:         C Corporation

### Section D - General business information

| Field | Value |
|---|---|
| Enter the date you will begin business in NYS for sales tax purposes (mm/dd/yyyy): | 08/12/2014 |
| In the space below briefly describe your business activities. Describe the products or services that you will sell in NYS from the business location(s) that you are registering: | ONLINE SALES / WHOLESALE |
| Did you acquire all or part of an existing business, or assets of a business, that was registered or required to be registered for sales tax?: | No |

\* Identifying numbers have been removed for your security. You may access an electronic version of this application through the NYS License Center.
http://licensecenter.ny.gov

Confirmation Number: 2041974

## Section D - General business information

| | |
|---|---|
| Do you intend to accept credit and/or debit cards?: | No |
| What do you expect your annual sales will be?: | $0 - $35,000 |
| How much sales tax do you expect to collect annually?: | $0 - $3,000 |
| Bank Name: | |
| Routing Number: | XXXXXXXXX* |
| Account Number: | XXXXXXXXX* |
| Do you have more than one permanent place of business in New York State?: | No |

## North American Industry Classification System (NAICS) code

| NAICS Code Type | Industry Type | Industry Sub Type | NAICS Code |
|---|---|---|---|
| Principal NAICS Code | Wholesale Trade | Merchant Wholesalers, Durable Goods | 423990 Other Miscellaneous Durable Goods Merchant Wholesalers |

## Section F - Corporations

Does any shareholder own more than 50% of the shares of the voting stock of the corporation? Yes

If Yes, enter name: ANTON PEREVOZNIKOV

Did this shareholder own more than 50% of the voting stock of a different corporation, which at the time of ownership owed any tax (imposed under the Tax Law) that was finally determined to be due and had not been paid in full?: No

Has this shareholder been convicted of a tax crime in the past year?: No

Is the entity a publicly traded corporation?: No

## Section G - Partnerships, LPs, LLPs, or LLCs

Has any member(s) been designated as the tax matters partner(s) or as the person(s) responsible for tax issues?:

Does any partner or member have at least a 20% ownership or profit distribution interest?:

## Section H - Business entity background

Has any owner, officer, director, partner, or employee of the applicant (or, for LLC's, any member or manager of the LLC), in their capacity as a person required to collect tax for either this entity or for any other entity for which they were a responsible person, received a sales or use tax assessment that has not been paid in full?: No

Has any owner, officer, director, partner, or employee of the applicant (or, for LLC's, any member or manager of the LLC), in their capacity as a person required to collect tax for either this entity or for any other entity for which they were a responsible person, been convicted of any tax crime during the past year?: No

Has any tax assessment been issued to the entity that has not been paid in full?: No

Has the entity been convicted of any tax crime in the past year?: No

If this entity previously held a sales tax Certificate of Authority, was the certificate revoked or suspended in the last year?: No

## Section I - Business associations

Confirmation Number: 2041974

## Section I - Business associations

| | |
|---|---|
| Are you a franchisee?: | No |
| Is the entity applying for the Certificate of Authority owned by a different entity?: | No |
| Will a different entity or individual be reporting the income for the operations of this entity on an income or corporation tax return?: | No |
| Do you have a tax preparer?: | Yes |
| Tax preparer's or firm's name: | PROTAX SOLUTION INC. |
| Preparer's or firm's EIN (if known): | XXXXXXXXX* |
| Preparer's NYTPRIN (if known): | |
| Tax preparer's or firm's address number & street: | 1312 KINGS HWY, FL 2 |
| Tax Preparer's or firm's city: | BROOKLYN |
| U.S. state/ Canadian province: | NY |
| Zip/Postal code & Zip +4(US only): | 11229 |
| Tax preparer's or firm's country: | United States |
| Tax preparer's or firm's e-mail address: | email@protaxnyc.com |
| Preparer's telephone number: | 718-743-1930 |
| Preparer's PTIN (if known): | |

## Tax Filing History

| ID Number | Tax type |
|---|---|
| XXXXXXXXX* | Sales Tax |

## Section J - Business activity

Are you or do you intend to be licensed by the NYS Liquor Authority (SLA)?: No

Are you or do you intend to be licensed by the NYS Lottery?: No

Do you or will you operate a facility registered with the NYS Department of Motor Vehicles (DMV)?: No

Do you intend to sell cigarettes or other tobacco products at retail?: No

Do you intend to sell new tires (automotive, motorcycle, trailer, etc.)? : No

Do you intend to provide passenger car rentals?: No

Do you intend to sell motor fuel at a retail station?: No

Do you intend to sell highway diesel motor fuel at a retail filing station?: No

Do you intend to sell heating fuels, including oil, firewood, pellets, or coal?: No

Do you intend to sell electricity or gas (including propane in containers of 100 pounds or more), steam, or refrigeration?: No

Do you intend to provide mobile telecommunications service?: No

Do you intend to provide other telecommunications services, including telephone answering services?: No

Do you intend to sell clothing or footwear?: No

Section J - Business activity

Do you intend to provide hotel, motel, or other accommodations located in Nassau County or Niagara County?: No

Do you intend to provide restaurant or tavern food or drink, or other food service (including catering, take-out, cafeterias, etc.) located in Nassau County or Niagara County?: No

Do you intend to sell admissions to places of amusement, club dues, and/or cabaret charges located in Niagara County?: No

Do you intend to provide parking or garaging services in New York City?: No

Do you intend to provide beauty, barbering, or other personal services in New York City?: No

Do you intend to provide credit rating or reporting services in New York City?: No

Do you intend to provide hotel, motel, or other accommodations in New York City?: No

Are you a manufacturer or wholesaler that does not make retail sales?: No

Will you participate solely in flea markets, antique shows, or other shows?: No

Will you conduct business solely as a sidewalk vendor?: No

Section K - Business Contacts and Responsible Persons (RP's)

| Field | Value |
|---|---|
| Business title | President |
| First Name: | ANTON |
| Middle Initial: | |
| Last Name: | PEREVOZNIKOV |
| Suffix: | |
| Home Phone Number: | [redacted] |
| Ownership percentage: | |
| Profit distribution percentage | |
| E-mail Address: | |
| Care of (c/o): | |
| Number and street: | [redacted] |
| City: | Brooklyn |
| U.S. state/Canadian province: | NY |
| Zip/Postal code & Zip +4(US only): | 11223-1576 |
| Country: | United States |
| Responsible Person: | Yes |
| SSN: | XXXXXXXXX* |
| Country of Residence: | United States |

Effective date of assuming responsibility:

Will this person be actively involved in operating this business on a daily basis?: Yes

Will this person be involved in deciding which financial obligations are paid?: Yes

Will this person be involved in personnel activity (such as hiring or firing)?: Yes

Will this person have check signing authority?: Yes

---

* Identifying numbers have been removed for your security. You may access an electronic version of this application through the NYS License Center. http://licensecenter.ny.gov

Confirmation Number: 2041974

| Section L - Name of Responsible Person Certifying the Application |
|---|
| I certify that I am the responsible person for the applicant identified in Section L above and that I have read and understand the instructions that accompany this application; and that the statements made as part of this application are true, complete, and correct; and that no material information has been omitted. The responses to questions concerning the background of responsible persons other than myself are based on information and belief formed after reasonable inquiry. I further certify that all the persons who are responsible persons for the applicant were properly identified. I have had the opportunity to discuss this application with a tax advisor and to contact the Tax Department with any questions. I acknowledge that the Tax Department will rely on the information supplied in this application in determining whether to issue the requested sales tax Certificate of Authority, and that this application will be filed with and become a part of the records of the Tax Department. I make these statements with the knowledge that willfully providing false or fraudulent information in this application may constitute a felony or other crime under New York State Law, punishable by a fine and/or jail. I understand that the Tax Department is authorized to investigate the validity of any information entered on this document, and may request additional information or documentation in connection with this application. If a Certificate of Authority is granted by the Department, it is subject to renewal pursuant to Tax Law section 1134(a)(5), and it may be revoked at any time due to any false statement or fraud committed in the application process. I also understand that I am required under New York State Law to promptly notify the Tax Department of any changes to the information supplied in this application. By checking the box below, I understand and agree that I am electronically signing and filing this application. |

☒ By checking this box, I agree to the above certification.           Date: 08/12/2014  12:06PM