```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

v.

DJONIBEK RAHMANKULOV,

           Defendant.

No. 20-CR-653 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On June 8, 2023, the Government filed a proposed order of restitution in connection with the sentencing of Defendant Djonibek Rahmankulov. By letter dated July 3, 2023, Rahmankulov opposed the Government's proposed order and stated that he "is without counsel . . . and does not waive any right that he may have to counsel."

The Sixth Amendment guarantees that "[i]n all criminal prosecutions, the accused shall enjoy the right . . . to have the Assistance of Counsel for his defence." U.S. Const. amend. VI. "The imposition of restitution is part of a defendant's criminal prosecution." *United States v. Cohan*, 798 F.3d 84, 89 (2d Cir. 2015); *see United States v. Torriero*, 712 F. App'x 33, 36 (2d Cir. 2017). Accordingly, Rahmankulov has a right to counsel in connection with the imposition of restitution. The Court respectfully directs the Clerk of Court to appoint CJA counsel to represent Rahmankulov for the purposes of the imposition of restitution.

Dated:    May 8, 2024
              New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge