USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES, <br><br> v. <br><br> DJONIBEK RAHMANKULOV, <br><br> Defendant. | No. 20-CR-653 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On May 8, 2023, the Court directed the Clerk of Court to appoint CJA counsel to represent Defendant Djonibek Rahmankulov for the purposes of the imposition of restitution. Appointed CJA counsel is directed to file a notice of appearance on the docket. In addition, the appointed CJA counsel is directed to provide a status update on Defendant's opposition to the Government's proposed restitution order by June 6, 2024.

Dated:   May 23, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge