# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-CR-653 (RA) |
| DJONIBEK RAHMANKULOV | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DJONIBEK RAHMANKULOV.

Date: 05/24/2024

*Sarah M. Sacks*
*Attorney's signature*

Sarah M. Sacks
*Printed name and bar number*
EPSTEIN SACKS PLLC
100 Lafayette Street, Suite 502
New York, NY 10013

*Address*

sarahsacksesq@gmail.com
*E-mail address*

(212) 684-1230
*Telephone number*

(212) 571-5507
*FAX number*