USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

v.

DJONIBEK RAHMANKULOV,

Defendant.

No. 20-CR-653 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt in Defendant Djonibek Rahmankulov's objections to the Government's proposed order of restitution. The Government shall file a response no later than July 3, 2024.

Dated:   June 24, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge