# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

### Criminal No. 20 Cr. 653 (RA)

| | |
|---|---|
| **DJONIBEK RAHMANKULOV,**     ) | |
| ) | |
| ) | |
| ) | |
| ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v.     ) | |
| ) | |
| **UNITED STATES OF AMERICA**     ) | |

    I hereby certify that on **August 05, 2024.**, a copy of DEFENDANT'S MOTION & DECLARATION IN RESPONSE TO GOVERNMENT'S REPLY IN OPPOSITION TO DEFENDANT'S MOTION (DKT. NO. 354). was served upon the following person(s) by via United States Postal Service to:

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Samuel Raymond
Assistant United States Attorney
Southern District of New York
The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278


Respectfully,

*Djonibek Rahmankulov*

**Djonibek Rahmankulov**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

**DJONIBEK RAHMANKULOV,**

**v.**                                    **Criminal No. 20 Cr. 653 (RA)**

**UNITED STATES OF AMERICA**

DEFENDANTS MOTION & DECLARATION IN RESPONSE TO GOVERNMENT'S REPLY IN OPPOSITION TO DEFENDANTS MOTION (DKT. NO. 354).

**Honorable Judge Abrams:**

I, Djonibek Rahmankulov respectfully submits this response to the Government's brief in opposition in reference to my initial motion (Dkt. No. 354).

Below are my arguments addressing the Government's points, supported by my declaration and attached evidence, relevant case law and statutory interpretations.

## A.                     No Basis to Stay Imposition of Restitution

**Government's Assertion:**

The Government asserts that there is no basis to stay the imposition of restitution pending my appeal, citing Fed. R. Crim. P. 38(e) and arguing that I have not provided a "possibly meritorious legal basis" for my appeal or demonstrated "irreparable harm should the stay be denied."

**My Response:**

My appeal has not progressed, which is a significant concern. I have formally requested an explanation for the delay from my Attorney, and I am attaching a copy of that letter for the Court's reference

*Attachment: Letter to Attorney Includes ONLY the last page is included for Attorney Client Privilege reasons, and the attachment of the Appeals Court Docket. **See Exhibit A***

1 of 8

Imposing restitution at this stage would cause significant and irreparable harm to me and my family. As the primary provider for my wife and Five (5) Minor children ages 9, 8, 7, 5, 1 , all are United States Citizen dependents, who currently reside with my wife, and two other (2) dependants (Children, ages Three (3) and Five (5)) in my Country, immediate restitution payments would severely impact our financial stability. The hardships include:

- Inability to meet basic living expenses.
- Compromised ability to provide for the educational and healthcare needs of my children.
- Overall deterioration of my family's standard of living.

In **United States v. Silver**, 203 F. Supp. 3d 370 (S.D.N.Y. 2016), the court highlighted the need to demonstrate irreparable harm, which I have clearly outlined. Further, **United States v. O'Sullivan**, No. 20-CR-272 (PKC), 2023 WL 7110292, at *8 (E.D.N.Y. Oct. 27, 2023), emphasized that the defendant must show potential harm if restitution is imposed immediately. My circumstances align with these criteria, warranting a stay of restitution until my appeal is resolved.

The court in **United States v. Shkreli**, No. 15-CR-637 (KAM), 2018 WL 3425286 (E.D.N.Y. July 16, 2018), underscored that irreparable harm includes not only financial but also emotional and familial impacts. My family's well-being would be severely compromised without a stay.

Additionally, Fed. R. Crim. P. 38(e)(1) allows a district court to stay "any sentence providing for restitution under 18 U.S.C. § 3556[,]" if defendant appeals. Although defendant has filed a notice of appeal and the Second Circuit has docketed his Notice of appeal, the appeal docket reflects repeated entries titled : "TRANSCRIPT STATUS UPDATE LETTER", Thirteen times since 10/02/2023, Doc. 29, to 07/21/2024, Doc. 44. See Exhibit A. Defendant has attempted to view those docketed documents, to no avail, the page simply opens to a blank document stating only the words of: *"The attempt to retrieve the file failed."*

Therefore, the defendant respectfully requests and reminds this honorable Court that it retains jurisdiction to enter a stay under Fed. R. Crim. P. 38(e)(1). See **United States v. Goodyear**, No. CR-17-179-HE, 2019 WL 4180521, at *2 (W.D. Okla. Aug. 8, 2019), report and recommendation adopted, *No.* CR-17-00179-001-HE, 2019 WL 4179527 (W.D. Okla. Sept. 3, 2019) (concluding that defendant's notice of appeal did not divest the court of jurisdiction over the government's application for post-judgment writ of garnishment and defendant's related argument that the court stay its garnishment order); see also **United States v. Alvarez**, No. 14-CR-1748-GPC, 2015 WL 13187313, at *2 (S.D. Cal. Apr. 10, 2015) (granting stay of restitution order pending appeal under Fed. R. Crim. P. 38(e)(1) even though defendant had filed notice of appeal). See **United States v. Salti,** No. 14-40138-01-DDC (D. Kan. Oct. 15, 2021)

The stay of the court's restitution order is reasonable, and a stay would not prejudice the government nor the victims, this court should grant the defendants Motion to Stay of Restitution Order pending his appeal (Dkt. No. 354).

**B.**                          **Reduction of Restitution by Seized Property**

**Government's Assertion:**

The Government asserts that the law does not support the reduction of restitution by forfeited property, citing **United States v. Bodouva**, 853 F.3d 76 (2d Cir. 2017), which maintains that restitution and forfeiture are separate statutory schemes.

**My Response:**

While the Government cites **United States v. Bodouva**, which differentiates the statutory schemes of restitution and forfeiture, the judiciary has discretion in interpreting and applying these laws based on unique circumstances. In **United States v. Cohan**, 988 F. Supp. 2d 323 (E.D.N.Y. 2013), the court considered the financial burden on defendants and adjusted restitution orders accordingly. This discretion is crucial to ensure justice and fairness in individual cases.

The court in **United States v. Blackwell**, 459 F.3d 739 (6th Cir. 2006), allowed for consideration of a defendant's financial situation in the imposition of restitution, highlighting judicial discretion in these matters.

The principles of equity and fairness support the argument that forfeited funds should offset restitution. Given my current financial situation, enforcing full restitution without considering the forfeited assets would impose undue hardship on my family. Immediate restitution payments would severely impact our ability to meet basic living expenses and provide for the educational and healthcare needs of my dependents.

The court in **United States v. Ross**, 279 F.3d 600 (8th Cir. 2002), emphasized that restitution orders should be fair and consider the defendant's ability to pay, reinforcing the argument for equity in restitution determinations.

In **United States v. McGinty**, 610 F.3d 1242 (10th Cir. 2010), the court discussed the need for flexibility in applying restitution and forfeiture statutes, emphasizing that unique circumstances could warrant deviation from strict statutory interpretations. By examining similar cases, it becomes evident that judicial discretion has been employed to balance the goals of restitution and forfeiture in a manner that serves justice and fairness.

## C.        Connection to Altronics and Cornerstone Title Hacks

**Government's Assertion:**

The Government asserts that there is sufficient evidence connecting me to the Altronics and Cornerstone Title hacks, citing various transactions and testimonies.

**My Response:**

The Government has not adequately connected me to the alleged losses by Varitran or Cornerstone Title. The FBI agent's affidavit (Dkt. No. 262) relies on circumstantial evidence and lacks direct proof of my involvement. In **United States v. Jones**, 393 F.3d 107 (2d Cir. 2004), the court held that mere association or circumstantial evidence is insufficient to establish culpability. The Government must provide concrete evidence linking me directly to the crimes, which they have failed to do.

In **United States v. Samaria**, 239 F.3d 228 (2d Cir. 2001), the court reiterated that a conviction must be based on substantial evidence, not just inferences or assumptions. The Government's evidence does not meet this standard.

## D.        Additional Time for Determining Compensable Losses

**Government's Assertion:**

The Government requests additional time to gather necessary records to determine compensable losses and to propose its position on joint and several restitution.

**My Response:**

While the Government requests additional time to gather information, this delay is prejudicial to my case. In **United States v. Smathers**, 879 F.3d 453 (2d Cir. 2018), the court emphasized the importance of timely restitution determinations to avoid undue prejudice to the defendant. The lingering uncertainty and delay in resolving restitution amounts cause significant stress and impede my ability to plan for the future. I request that the Court deny the Government's request for an extension and proceed with the available information.

The court in **United States v. Gushlak**, 728 F.3d 184 (2d Cir. 2013), affirmed the need for a timely resolution of restitution issues to prevent undue burden on the defendant, which aligns with my request.

**E.**                    **Denial of Requests for Delayed Payment**

**Government's Assertion:**

The Government argues that I retained significant sums from the alleged laundering operation and that I should not be allowed to make delayed payments based on my financial circumstances.

**My Response:**

The Government argues that I retained significant sums from the alleged laundering operation, but this claim is unsupported by credible evidence. The trial record includes speculative testimony, which should not be the basis for denying my request for delayed payments. In **United States v. Harris**, 855 F.3d 202 (4th Cir. 2017), the court recognized the need for flexibility in payment schedules based on the defendant's financial circumstances. Given my responsibility to provide for my family, a payment plan based on a percentage of my future income is reasonable and just.

In **United States v. Grant**, 715 F.3d 552 (4th Cir. 2013), the court highlighted the importance of considering a defendant's financial obligations and dependents when setting restitution payment terms.

**Conclusion**

For the reasons outlined above, I urge the Court to:

1. Grant a stay of restitution until the resolution of my appeal.
2. Consider the forfeited funds as an offset against the restitution order.
3. Require the Government to provide concrete evidence linking me to the alleged crimes.
4. Deny the Government's request for additional time to determine compensable losses.
5. Approve a payment plan based on a percentage of my future income post-release.

Sincerely,

*Djonibek Rahmankulov*
Djonibek Rahmankulov

Dated:  August 04, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**DJONIBEK RAHMANKULOV,**

**v.**                                                           **Criminal No. 20 Cr. 653 (RA)**

**UNITED STATES OF AMERICA**

**DECLARATION
of
DJONIBEK RAHMANKULOV**

I, DJONIBEK RAHMANKULOV, declare under penalty of perjury:

I am the defendant in the above-captioned criminal case, and I am currently incarcerated at the Federal Bureau of Prisons at the Federal Correctional Facility, Oakdale II, Oakdale, Louisiana 71463.

1. Between June and July, 2020, the government seized all my bank accounts, including two TD Bank accounts and one Chase account, taking all the money. I do not have any other income, accounts or funds. Funds seized:

   a. All monies and funds contained in or traceable to TD Bank, NA account 4378018513, held in the name of NY Consulting Management Corp (the "NY Consulting Account"); Total Seized: $67,530.40

   b. All monies and funds contained in or traceable to JP Morgan Chase Bank, NA account 625601593, held in the name of EZ Seven Wholesale Inc. (the "EZ Account"); (a.through d., collectively, the "Subject Property"); Total Seized: $1,771.50

   See **Docket No. 61**- 06/10/2021- Forfeiture

2. On September 1, 2022, right after my trial, the government alleged that I have funds and property in my name and my family members' names. This is false. I legally entered the United States in 2009, I have only been to Uzbekistan on two occasions since then. I have not traveled to any other countries except the United States since this time. The government's argument about property in my country is baseless, as the government cannot support that assertion. Attached to this Declaration is evidence that there are no records of property in any of my family or my name.

3. I do not own any property in Uzbekistan. The property search records indicate that no property exists under my name. See **Exhibit B**

4. Upon information and belief, my Father, Khaydar Rakhmonkulov, owns one property in Uzbekistan. The property search records indicate he owns one property where our family lives. See **Exhibit C**

5. Upon information and belief, my Mother, Lola Sharipova Mamadmurodovna, does not own any property in Uzbekistan. The property search records indicate no property exists under her name. See **Exhibit D**

6. Upon information and belief, my wife, Rohatoy Khudoynazarova, does not own any property in Uzbekistan. The property search records indicate no property exists under her name. See **Exhibit E**

7. Upon information and belief, my brother, Bobur Rakhmonkulov, does not own any property. See **Exhibit F**

8. I do not know what property the government is referring to. Only my father's name is associated with one property that was built before I was born.

9. My wife, Rohatoy Khudoynazarova, is currently unemployed. Since my arrest, she has struggled financially and was evicted from her residence at 108-30 67th Ave, Forest Hills, NY 11374, despite being pregnant with our daughter, Ozoda Khaydarova, and caring for our four other children. She currently lives with seven children and is suffering from these circumstances.

10. The government points out that my appeal has not yet been filed, this is beyond my control. My attorney, Jillian S. Harrington, Esq., informed me on July 19, 2024 that she has not filed the appeal brief with the Second Circuit Court of Appeals because she has not received the trial transcript from the District court. My notice of appeal was filed on April 3, 2023, but the transcripts are repeatedly delayed for over a year. This delay has just been brought to my attention after I mailed a letter to my attorney inquiring about my appeal. In addition, the delay is no fault of my own and it should not impact my restitution. The government already made their positions clear last year in June, 2023 sending me all their evidence.

11. Lastly, the government has previously requested two extensions for final order of restitution, Both were granted. On July 29, 2024, The Government requested yet a third extension, initially requesting 'a few weeks' yet requesting a deadline of 30 days, In which this court granted the next day, without affording me an opportunity to reply. I was not aware of this extension, nor was I informed by my attorney of record (Sarah M. Sacks). Now, the government is asking for another 30 day extension.
I respectfully ask the Court to deny the government's extension request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 04, 2024

Respectfully,

*Djonibek Rahmankulov*

**Djonibek Rahmankulov**

# EXHIBIT

# A

Mr. Djonibek Rahmankulov
Reg: 08873-509
FCI Oakdale II
P.O Box 5010
Oakdale LA 71463



**USPS CERTIFIED MAIL**

9207 1901 4298 0405 8029 11

0010036281000011
Jillian Spitzer Harrington Esq.
Attorney At Law
P.O. Box 6006
Monroe Twp. NJ 08831
USA

Thank you for informing me that the Appeals Court has not set a deadline for the filing of the appellate brief and for explaining the bond request. Your diligence and expertise in handling my case are greatly appreciated. Your dedication to ensuring that every detail is meticulously managed gives me confidence and peace of mind during this process. But I am extremely confused as to Why there is such a delay in the Transcripts? Who keeps delaying these Transcripts? And I was under the impression that we only have one year from the date of sentencing and that was over in June 2024. Please explain why such delays and who is causing these delays in the Transcripts? See Attached Appeals Docket.

Once again, thank you for your continued assistance and support. Please let me know if there is any additional information you require from me or any further actions I need to take.

Sincerely,

*Djonibek Rahmankulov*

Djonibek Rahmankulov

3

**ACMS Docket Report**
**United States Court of Appeals for the Second Circuit**

| Court of Appeals Docket #: 23-6321 | Docketed: 04/06/2023 |
|---|---|
| United States of America v. Rasulov (Rahmankulov) | |
| **Appeal From:** SDNY (NEW YORK CITY) | |
| **Fee Status:** IFP Granted | |

**Case Type Information:**
   1) Criminal
   2) Direct Criminal
   3)

**Originating Court Information:**
   **District:** SDNY (NEW YORK CITY) : 1:20-cr-653-5
   **Trial Judge:** Ronnie Abrams, District Judge
   **Date Filed:** 12/03/2020

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 03/20/2023 | 03/20/2023 | 04/03/2023 | 04/03/2023 |

**Prior Cases:**

**Current Cases:**

| UNITED STATES OF AMERICA<br>AppelleeUSA | Danielle Renee Sassoon, Assistant U.S. Attorney<br>Direct: 212-637-1115<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>One Saint Andrew's Plaza<br>New York, NY 10007 |
|---|---|
| | Cecilia Vogel, Assistant U.S. Attorney<br>Direct: 212-637-1084<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>One St. Andrew's Plaza<br>New York, NY 10007 |
| | Nathan Rehn, -<br>Direct: 212-637-2354<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>One Saint Andrew's Plaza<br>New York, NY 10007 |
| | Won S. Shin, Assistant U.S. Attorney<br>**Terminated:** 11/14/2023<br>[US Attorney]<br>United States Attorney's Office for the Southern District of New York<br>One Saint Andrew's Plaza<br>New York, NY 10007 |
| SHERZOD RASULOV<br>   AKA Sealed Defendant 1,<br>   Defendant | |
| ARTUR SATTAROV<br>   Defendant | |
| SHAKHZOD YUNUSOV<br>   Defendant | |
| SUKHROB SOBIROV<br>   AKA Sealed Defendant 1,<br>   Defendant | |

FARIDDUN KULIEV
    Defendant


JASUR RAHMATOV
    Defendant


DJONIBEK RAHMANKULOV
    AKA Sealed Defendant 1,
    08873-509,
    Defendant - Appellant

Jillian S. Harrington, -
Direct: 718-490-3235
[CJA Appointment]
Law Office of Jillian S. Harrington
P.O. Box 6006
Monroe Township, NJ 08831

Joseph W. Murray, -
**Terminated:** 04/28/2023
Direct: 646-838-1702
[Retained]
Joseph W. Murray
185 Great Neck Road, Suite 461
Great Neck, NY 11021

| 04/03/2023 | ☐ 1<br>39 pg. 464 KB | NOTICE OF CRIMINAL APPEAL, with district court docket, on behalf of Appellant Djonibek Rahmankulov, FILED. [Entered: 04/06/2023 03:55 PM] |
| 04/03/2023 | ☐ 2<br>7 pg. 346 KB | DISTRICT COURT JUDGMENT, dated 03/20/2023, RECEIVED. [Entered: 04/06/2023 03:57 PM] |
| 04/03/2023 | ☐ 3<br>39 pg. 585 KB | ELECTRONIC INDEX, in lieu of record, FILED. [Entered: 04/06/2023 04:03 PM] |
| 04/06/2023 | 4 | NON-ADMITTED ATTORNEY, Joseph William Murray, orally informed to apply for admission forthwith and submit Addendum A to Notice of Appearance, NOTIFIED. [Entered: 04/06/2023 04:11 PM] |
| 04/07/2023 | ☐ 5<br>1 pg. 140 KB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of United States of America, FILED. [Entered: 04/07/2023 10:28 AM] |
| 04/10/2023 | ☐ 6<br>1 pg. 137 KB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of United States of America, FILED. [Entered: 04/10/2023 03:03 PM] |
| 04/10/2023 | 7 | ATTORNEY, Cecilia Vogel for AppelleeUSA United States of America, ADDED. [Entered: 04/10/2023 04:19 PM] |
| 04/10/2023 | 8 | ATTORNEY, Nathan Rehn for AppelleeUSA United States of America, ADDED. [Entered: 04/10/2023 04:22 PM] |
| 04/14/2023 | ☐ 9<br>2 pg. 293 KB | PRO SE DOCUMENTS, to attorney Joseph William Murray, SENT. [Entered: 04/14/2023 05:34 PM] |
| 04/21/2023 | ☐ 10<br>14 pg. 3908 KB | MOTION, to be relieved as counsel, for appointment of CJA counsel, on behalf of Appellant Djonibek Rahmankulov, FILED. Service date 04/20/2023 by United States Mail. [Entered: 04/25/2023 08:47 AM] |
| 04/25/2023 | ☐ 11<br>2 pg. 234 KB | DEFECTIVE DOCUMENT, motion to be relieved as counsel, for appointment of CJA counsel, at docket entry 10, on behalf of Appellant Djonibek Rahmankulov, FILED. [Entered: 04/25/2023 09:00 AM] |
| 04/25/2023 | ☐ 12<br>14 pg. 1750 KB | MOTION, to be relieved as counsel, for appointment of CJA counsel, on behalf of Appellant Djonibek Rahmankulov, FILED. Service date 04/20/2023 by United States Mail. [Entered: 04/27/2023 06:35 PM] |
| 04/27/2023 | 13 | CURED DEFECTIVE motion to be relieved as counsel, for appointment of CJA counsel, at entry 11, 12, on behalf of filer Appellant Djonibek Rahmankulov, FILED. [Entered: 04/27/2023 06:37 PM] |
| 04/28/2023 | ☐ 14<br>1 pg. 228 KB | MOTION ORDER, granting motion to be relieved as counsel, and deferring appointment of CJA counsel, at docket entry 12, on behalf of Appellant Djonibek Rahmankulov. Appellant first must move to proceed in forma pauperis with the district court. If the motion is granted, CJA counsel will be appointed. If the district court denies the motion, Appellant must move for in forma pauperis in this Court, copy to pro se appellant, FILED. [Entered: 04/28/2023 11:20 AM] |
| 04/28/2023 | 15 | ATTORNEY, Joseph William Murray for Djonibek Rahmankulov, TERMINATED. [Entered: 04/28/2023 11:26 AM] |
| 06/15/2023 | ☐ 16<br>1 pg. 183 KB | ORDER, dated 06/15/2023, directing the Appellant to file an Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis within 21 days of this order, copy to pro se appellant, FILED. [Entered: 06/15/2023 01:25 PM] |
| 07/07/2023 | ☐ 17<br>8 pg. 307 KB | SUPPLEMENTARY PAPERS TO MOTION, at entry 12, on behalf of Appellant Djonibek Rahmankulov, FILED. Service date 06/23/2023 by United States Mail. [Entered: 07/11/2023 04:06 PM] |
| 08/08/2023 | ☐ 18<br>1 pg. 182 KB | MOTION ORDER, granting motion for appointment of CJA counsel, at docket entry 12, and to proceed in forma pauperis on behalf of Appellant Djonibek Rahmankulov. Jillian S. Harrington is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C § 3006A. Attorney Harrington is directed to review Local Rule 31.2 regading procedures for setting the filing dates for the submission of briefs, by SJM, copy to appellant, FILED. [Entered: 08/08/2023 04:28 PM] |
| 08/08/2023 | ☐ 19<br>2 pg. 314 KB | CJA COUNSEL, Jillian S. Harrington, for Djonibek Rahmankulov, ASSIGNED. [Entered: 08/08/2023 04:42 PM] |
| 08/08/2023 | 20 | ATTORNEY, Jillian S. Harrington, for Appellant Djonibek Rahmankulov, ADDED. [Entered: 08/08/2023 05:16 PM] |
| 08/16/2023 | 21 | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL/ADDITIONAL COUNSEL, on behalf of Djonibek Rahmankulov, FILED. [Entered: 08/16/2023 01:48 PM] |

| 08/18/2023 | ☐ 22<br>2 pg. 166 KB | DEFECTIVE DOCUMENT, notice of appearance as substitute counsel/additional counsel, at docket entry 21, on behalf of Appellant Djonibek Rahmankulov, FILED. [Entered: 08/18/2023 03:34 PM] |
|---|---|---|
| 08/21/2023 | ☐ 23<br>1 pg. 130 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Djonibek Rahmankulov, FILED. Service date 08/21/2023 by ACMS. [Entered: 08/21/2023 01:42 PM] |
| 08/21/2023 | ☐ 24<br>1 pg. 92 KB | FORM B, on behalf of Appellant Djonibek Rahmankulov, FILED. Service date 08/21/2023 by ACMS. [Entered: 08/21/2023 03:01 PM] |
| 08/22/2023 | 25 | CURED DEFECTIVE DOCUMENT, Acknowledgment Notice of Appearance Form, at entry 22, 23, on behalf of Appellant Djonibek Rahmankulov, FILED. [Entered: 08/22/2023 10:43 AM] |
| 08/28/2023 | 26 | NEW PARTY, Defendant Jasur Rahmatov, ADDED. [Entered: 08/28/2023 02:52 PM] |
| 08/28/2023 | ☐ 27<br>1 pg. 127 KB | CAPTION, Defendant Jasur Rahmatov added, AMENDED. [Entered: 08/28/2023 03:02 PM] |
| 08/28/2023 | ☐ 28<br>1 pg. 123 KB | NEW CASE MANAGER, Jessica Mckenzie, ASSIGNED. [Entered: 08/28/2023 04:24 PM] |
| 10/02/2023 | ☐ 29<br>1 pg. 96 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 10/02/2023, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 10/02/2023 by ACMS. [Entered: 10/02/2023 11:30 AM] |
| 10/17/2023 | ☐ 30<br>1 pg. 96 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 10/17/2023, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 10/17/2023 by ACMS. [Entered: 10/17/2023 02:08 PM] |
| 10/31/2023 | ☐ 31<br>1 pg. 96 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 10/31/2023, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 10/31/2023 by ACMS. [Entered: 10/31/2023 10:55 AM] |
| 11/14/2023 | 32 | ATTORNEY, Danielle Renee Sassoon in place of attorney Won S. Shin, SUBSTITUTED. [Entered: 11/14/2023 10:10 AM] |
| 11/14/2023 | 33 | ATTORNEY, Won S. Shin for Appellee United States of America, TERMINATED. [Entered: 11/14/2023 10:12 AM] |
| 11/16/2023 | ☐ 34<br>1 pg. 96 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 11/16/2023, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 11/16/2023 by ACMS. [Entered: 11/16/2023 09:10 AM] |
| 12/06/2023 | ☐ 35<br>1 pg. 96 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 12/06/2023, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 12/06/2023 by ACMS. [Entered: 12/06/2023 10:44 AM] |
| 01/18/2024 | ☐ 36<br>1 pg. 97 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 01/18/2024, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 01/18/2024 by ACMS. [Entered: 01/18/2024 08:29 AM] |
| 02/09/2024 | ☐ 37<br>1 pg. 97 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 02/09/2024, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 02/09/2024 by ACMS. [Entered: 02/09/2024 08:37 AM] |
| 02/28/2024 | ☐ 38<br>1 pg. 97 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 02/28/2024, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 02/28/2024 by ACMS. [Entered: 02/28/2024 09:53 AM] |
| 04/04/2024 | 39 | TRANSCRIPT STATUS UPDATE LETTER, dated 04/04/2024, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 04/04/2024 by ACMS. [Entered: 04/04/2024 09:23 AM] |
| 05/08/2024 | ☐ 40<br>1 pg. 147 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 05/08/2024, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 05/08/2024 by ACMS. [Entered: 05/08/2024 08:31 AM] |
| 05/23/2024 | ☐ 41<br>1 pg. 147 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 05/23/2024, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 05/23/2024 by ACMS. [Entered: 05/23/2024 09:40 AM] |
| 06/25/2024 | ☐ 42<br>1 pg. 147 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 06/25/2024, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 06/25/2024 by ACMS. [Entered: 06/25/2024 10:11 AM] |

| 07/18/2024 | ☐ 43<br>5 pg. 176 KB | PRO SE DOCUMENTS, to attorney Jillian S. Harrington, SENT. [Entered: 07/18/2024 10:10 AM] |
| 07/21/2024 | ☐ 44<br>1 pg. 147 KB | TRANSCRIPT STATUS UPDATE LETTER, dated 07/21/2024, on behalf of Appellant Djonibek Rahmankulov, informing court of transcript delays, RECEIVED. Service date 07/21/2024 by ACMS. [Entered: 07/21/2024 09:07 AM] |

The attempt to retrieve the file failed.

# EXHIBIT
# B

*2022-09-20 11:47:07*





Ўзбекистон Республикаси
Давлат солиқ
кўмитаси ҳузуридаги
Кадастр агентлиги

№ 9381-5863-2961-ec0c-2924-0049-4997
Хужжат яратилинган сана: 2022-09-20
Ариза рақами: 60530121

Хужжат берилган: RAXMANKULOV DJONIBEK
XAYDAROVICH
ЖШ ШИР: 31205883970103

## Фуқароларнинг номида шахсий турар жойи мавжудлиги ёки мавжуд эмаслиги тўғрисида

### МАЪЛУМОТНОМА

Фуқаро RAXMANKULOV DJONIBEK XAYDAROVICHнинг 2022-09-20 даги 60530121-сонли аризасига асосан, 2022-09-20 санасига кўчмас мулкка бўлган ҳуқуқлар бўйича Давлат кадастрлари палатасида қуйидаги маълумотлар мавжуд:

| № | Ф.И.О | олдинги Ф.И.О | Турар жой | ҳуқуқ тури | Изоҳ |
|---|---|---|---|---|---|
| 1 | RAXMANKULOV DJONIBEK XAYDAROVICH | | мавжуд эмас | | |

Davlat kadastrlari palatasi

Мазкур хужжат Вазирлар Маҳкамасининг 2017 йил 15 сентябрдаги 728-сон қарорига мувофиқ Ягона интерактив давлат хизматлари порталида шакллантирилган электрон хужжатнинг нусхаси бўлиб, давлат органлари томонидан ушбу хужжатни қабул қилишни рад этишлари қатъиян тақиқланади. Хужжат ҳақиқийлигини rego.gov.uz веб-сайтида хужжатнинг ноёб рақамини киритиб ёки мобил телефон ёрдамида QR- кодни сканер қилиш орқали текшириш мумкин.

6911 

*Translated from Russian and Uzbek into English*

**my.gov.uz**



Cadastral Agency under the State Tax
Committee of the Republic of
Uzbekistan

No. 9381-5863-2961-ec0c-2924-0049-4997

Date of creation of the document: 2022-09-20
Application number: 60530121

Document issued: RAKHMANKULOV DJONIBEK
KHAYDAROVICH
PINIP: 31205883970103

## REFERENCE
### of the presence or absence of private dwelling in the name of citizens

     There is following information on rights to real estate in the State Cadastral Chamber as of 2022-09-20, based on an application of **RAKHMANKULOV DJONIBEK KHAYDAROVICH** No.60530121 dated 2022-09-20:

| № | FULL NAME | PREVIOUS NAME | DWELLING | TYPE OF LAW | NOTE |
|---|---|---|---|---|---|
| 1 | **RAKHMANKULOV DJONIBEK KHAYDAROVICH** | | NOT EXIST | | |

**State Cadastral Chamber**                                          **QR code 6911**

This document is a copy of an electronic document formed in accordance with the Regulations on the Single Portal of Interactive Government Services, approved by Resolution of the Cabinet of Ministers of the Republic of Uzbekistan dated September 15, 2017 No. 728. To verify the accuracy of the information specified in the copy of the electronic document, go to the website repo.gov.uz and enter the unique number of the electronic document, or scan the QR code using your mobile device.

**I am fully responsible for the correctness of the translation of these texts.**
**I have been warned about the responsibility for the incorrect translation by notary public.**
I, Saliev Yodgor Karimovich – translator, do hereby declare that I am fully competent in Russian, Turkish and English languages, and that the above is a true translation of the document submitted to me in the Uzbek language to the best of my knowledge and belief. My passport No. AB 0979137, issued on 05.09. 2015 by Samarkand Region Samarkand City Department of Internal Affairs. saliev.muhammad@mail.ru.  08.24.2022
Signature

Республика Узбекистан, город Самарканд

Две тысячи двадцать второго года _____ 20-сентября 2

**Я, МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**, нотариус, занимающийся частной практикой в городе Самарканде, свидетельствую, что предоставленная подпись сделана собственноручно лично мне известным переводчиком **САЛИЕВЫМ ЁДГОРОМ КАРИМОВИЧЕМ.**

Переводчик об ответственности за неправильный перевод нотариусом предупрежден.

Зарегистрировано в реестре за № _____ 202204-1800 7 5 6 8

Взыскано по тарифу _____ 18000

Оплачено _____ 30000 сум за совершение дополнительных действий правового и технического характера.

МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ

ПЕЧАТЬ НОТАРИУСА:

_____ тан Самаркандская область город Самарканд

Частный Нотариус Муртазаев Шерзод Собирович

SA 0024

В центре печати: Герб Республики Узбекистан

Republic of Uzbekistan, Samarkand city

20 - September two thousand twenty two,

Hereby, I, **MURTAZAEV SILS**, a Private Notary of Samarkand city hereby have certified the authenticity of the forthcoming signature, affixed by translator **SALIEV YODGOR KARIMOVICH**, whom I personally know.

Translator is warned about responsibility for incorrect translation by notary.

Entered into the register under the number № _____ 202204 1807568

Paid by rate in the amount of _____ 1800 o soums.

Technical service fee _____ 3000 o soums.

**NOTARY:**       /signed/

**OFFICIAL SEALED**

# EXHIBIT
# C

3

*2022-09-26 14:50:19*

 

Ўзбекистон Республикаси
Давлат солиқ
қўмитаси хузуридаги
Кадастр агентлиги

№ 9363-6063-3175-dbaa-0f82-9350-4216
Хужжат яратилиган сана: 2022-09-26
Ариза рақами: 60939369

Ҳужжат берилган: RAXMANKULOV XAYDAR
XOLMURODOVICH
ЖШ ШИР: 31811623970054

## Фуқароларнинг номида шахсий турар жойи мавжудлиги ёки мавжуд эмаслиги тўғрисида

### МАЪЛУМОТНОМА

Фуқаро RAXMANKULOV XAYDAR XOLMURODOVICHнинг 2022-09-26 даги 60939369-сонли аризасига асосан, 2022-09-26 санасига Кўчмас мулка бўлган хуқуқлар бўйича Давлат кадастрлари палатасида қуйидаги маълумотлар мавжуд:

| № | Ф.И.О | олдинги Ф.И.О | Турар жой | хуқуқ тури | Изоҳ |
|---|---|---|---|---|---|
| 1 | RAXMANKULOV XAYDAR XOLMURODOVICH | | мавжуд | мулк ҳуқуқи | 14:12:05:01:11:0060 |

Davlat kadastrlari palatasi

Мазкур ҳужжат Вазирлар Маҳкамасининг 2017 йил 15 сентябрдаги 728-сон қарорига мувофиқ Ягона интерактив давлат хизматлари порталида шакллантирилган электрон ҳужжатнинг нусхаси бўлиб, давлат органлари томонидан ушбу ҳужжатни қабул қилишни рад этишлари қатъиян тақиқланади. Ҳужжат ҳаққийлигини repo.gov.uz веб-сайтида ҳужжатнинг ноёб рақамини киритиб ёки мобил телефон ёрдамида QR- кодни сканер қилиш орқали текшириш мумкин.



5813

*Translated from Russian and Uzbek into English*

my.gov.uz



**Cadastral Agency under the
State Tax
Committee of the Republic of
Uzbekistan**

No. 9363-6063-3175-dbaa-0f82-9350-4216

Document issued: **RAKHMONKULOV KHAYDAR
KHOLMURODOVICH**
PINIP: 31811623970054

Date of creation of the document: 2022-09-26
Application number: 60939639

### REFERENCE
#### of the presence or absence of private dwelling in the name of citizens

There is following information on rights to real estate in the State Cadastral Chamber as of 2022-09-26, based on an application of **RAKHMONKULOV KHAYDAR KHOLMURODOVICH** No.60939369 dated 2022-09-26:

| № | FULL NAME | PREVIOUS NAME | DWELLING | TYPE OF LAW | NOTE |
|---|---|---|---|---|---|
| 1 | **RAKHMONKULOV KHAYDAR KHOLMURODOVICH** | | Available | property rights | 14:12:05:01:11:0060 |

**State Cadastral Chamber**                    **QR code 5813**

This document is a copy of an electronic document formed in accordance with the Regulations on the Single Portal of Interactive Government Services, approved by Resolution of the Cabinet of Ministers of the Republic of Uzbekistan dated September 15, 2017 No. 728. To verify the accuracy of the information specified in the copy of the electronic document, go to the website repo.gov.uz and enter the unique number of the electronic document, or scan the QR code using your mobile device.



Республика Узбекистан, город Самарканд

Две тысячи двадцать второго года _____ 26-сентября

**Я, МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**, нотариус занимающийся частной практикой в городе Самарканде, свидетельствую, что предоставленная подпись сделана собственноручно лично мне известным переводчиком **ХАЙИТОВОЙ ХУШНАВОЙ ХАМЗАЕВНОЙ.**

Переводчик об ответственности за неправильный перевод нотариусом предупреждена.

Зарегистрировано в реестре за № _____ 202042 и 800 7763

Взыскано по тарифу _____ 18000

Оплачено _____ сум за совершение дополнительных действий правового и технического характера

НОТАРИУС:                    **МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**

**ГЕРБОВАЯ ПЕЧАТЬ НОТАРИУСА:**

Республика Узбекистан Самаркандская область город Самарканд

Частный Нотариус Муртазаев Шерзод Собирович

SA 0024

В центре печати: Герб Республики Узбекистан

Republic of Uzbekistan, Samarkand city

26-September two thousand twenty two,

Hereby, I, **MURTAZAEV SILS**, a Private Notary of Samarkand city hereby have certified the authenticity of the forthcoming signature, affixed by translator **KHAYITOVA KHUSHNAVO HAMZAEVNA**, whom I personally know.

Translator is warned about responsibility for incorrect translation by notary.

Entered into the register under the number № _____ 202042 и 800    7763

Paid by rate in the amount of 18000 soums

Technical service fee    3000 soums.

**NOTARY:**    **/signed/**

**OFFICIAL SEALED**



Вы можете проверить статус данного нотариального действия на электронном портале e-notarius.uz

# EXHIBIT

# D





Ўзбекистон Республикаси
Давлат солиқ
қўмитаси ҳузуридаги
Кадастр агентлиги

№ 1529-2463-3153-862b-5180-5145-3787
Ҳужжат яратилинган сана: 2022-09-26
Ариза рақами: 60938046

Ҳужжат берилган: SHARIPOVA LOLA
MAMADMURODOVNA
ЖШ ШИР: 42305663970076

## Фуқароларнинг номида шахсий турар жойи мавжудлиги ёки мавжуд эмаслиги тўғрисида

### МАЪЛУМОТНОМА

Фуқаро SHARIPOVA LOLA MAMADMURODOVNAнинг 2022-09-26 даги 60938046-сонли аризасига асосан, 2022-09-26 санасига Кўчмас мулкка бўлган ҳуқуқлар бўйича Давлат кадастрлари палатасида қуйидаги маълумотлар мавжуд:

| № | Ф.И.О | олдинги Ф.И.О | Турар жой | ҳуқуқ тури | Изоҳ |
|---|---|---|---|---|---|
| 1 | SHARIPOVA LOLA MAMADMURODOVNA | | мавжуд эмас | | |

Davlat kadastrlari palatasi

Мазкур ҳужжат Вазирлар Маҳкамасининг 2017 йил 15 сентябрдаги 728-сон қарорига мувофиқ Ягона интерактив давлат хизматлари порталида шакллантирилган электрон ҳужжатнинг нусхаси бўлиб, давлат органлари томонидан ушбу ҳужжатни қабул қилиши рад этишлари қатъиян тақиқланади. Ҳужжат ҳақиқийлигини repo.gov.uz веб-сайтида ҳужжатнинг ноёб рақамини киритиб ёки мобил телефон ёрдамида QR- кодни сканер қилиш орқали текшириш мумкин.

0147 

*Translated from Russian and Uzbek into English*

**my.gov.uz**



**Cadastral Agency under the State Tax Committee of the Republic of Uzbekistan**

No. 1529-2463-3153-862b-5180-5145-3787

Date of creation of the document: 2022-09-26
Application number: 60938046

Document issued: **SHARIPOVA LOLA MAMADMURODOVNA**
PINIP: 42305663970076

# REFERENCE
### of the presence or absence of private dwelling in the name of citizens

There is following information on rights to real estate in the State Cadastral Chamber as of 2022-09-26, based on an application of **SHARIPOVA LOLA MAMADMURODOVNA** No.60938046 dated 2022-09-26:

| № | FULL NAME | PREVIOUS NAME | DWELLING | TYPE OF LAW | NOTE |
|---|-----------|---------------|----------|-------------|------|
| 1 | SHARIPOVA LOLA MAMADMURODOVNA | | NOT EXIST | | |

**State Cadastral Chamber**                    **QR code 0147**

This document is a copy of an electronic document formed in accordance with the Regulations on the Single Portal of Interactive Government Services, approved by Resolution of the Cabinet of Ministers of the Republic of Uzbekistan dated September 15, 2017 No. 728. To verify the accuracy of the information specified in the copy of the electronic document, go to the website repo.gov.uz and enter the unique number of the electronic document, or scan the QR code using your mobile device.



I CERTIFY THIS IS TO BE CORRECT TRANSLATION
ПОДТВЕРЖДАЮ ВЕРНОСТЬ ДАННОГО ПЕРЕВОДА
TRANSLATOR                ПЕРЕВОДЧИК
KHAYITOVA              ХАЙИТОВА
KHUSHNAVO              ХУШНАВО
KHAMZAEVNA            ХАМЗАЕВНА
Republic of Uzbekistan Samarkand region Samarkand city, A.Jomi street 66
Passport series AA 2489402 issued by Samarkand region
Samarkand dist. Department of Internal Affairs on 6.08.2013
Республика Узбекистан, Самаркандская обл., г.Самарканд ул. А.Джами 66
Паспорт серии АА 2489402 выданный ОВД г.Самаркандского от 6.08.2013 г
Тел.: +998 97 922-88-73

27.09.2022                                АИС "Нотариус"



Ушбу нотариал харакат холатини e-notarius.uz электрон
портал орқали текширишингиз мумкин

Республика Узбекистан, город Самарканд,
Две тысячи двадцать второго года, _____

Я, **ЖУРАЕВ КАМОЛИДДИН МУХИТДИНОВИЧ**, нотариус занимающийся частной практикой
в городе Самарканде, свидетельствую, что представленная подпись сделана собственноручно
лично мне известным  переводчиком **ХАЙИТОВОЙ ХУШНАВО ХАМЗАЕВНОЙ.**
Переводчик предупрежден нотариусом об ответствености за неправильный перевод.
Зарегистрировано в реестре за № _____
Взыскано по тарифу  15000 сум.
Оплачено 15000 сум за  совершение дополнительных действий правового и технического
характера.

НОТАРИУС:                          ЖУРАЕВ КАМОЛИДДИН МУХИТДИНОВИЧ

**ГЕРБОВАЯ ПЕЧАТЬ НОТАРИУСА**
Республика Узбекистан ,Самаркандская область ,город Самарканд
Частный нотариус **Жураев Камолиддин**
SA _____
В центре  печати: Герб Республики Узбекистан

Republic of Uzbekistan, Samarkand city,
_____ , two thousand twenty two .

Hereby, I **JURAEV.K.M** a private Notary of Samarkand city hereby have certified the authenticity of the
forthcoming signature , affixed by translator **KHAYITOVA KHUSHNAVO KHAMZAEVNA** .
Translator is warned about responsibility for incorrect translation by notary.
Entered into the register under the number № _____
Paid by rate in the amount of  15000 soums
Technical service  fee 15000 soums
**NOTARY /signed/**
**OFFICIAL SEAL:** Republic of  Uzbekistan , Samarkand region, Samarkand city.
Private  Notary  Juraev Kamoliddin  SA _____  * State emblem*

# EXHIBIT
# E

2022-09-26 10:24:10

 

Ўзбекистон Республикаси
Давлат солиқ
қўмитаси ҳузуридаги
Кадастр агентлиги

№ 4624-1363-3137-7a94-fb86-0771-1749
Ҳужжат яратилинган сана: 2022-09-26
Ариза рақами: 60939953

Ҳужжат берилган: XUDOYNAZAROVA ROHATOY
FARXODOVNA
ЖШ ШИР: 42009913970042

## Фуқароларнинг номида шахсий турар жойи мавжудлиги ёки мавжуд эмаслиги тўғрисида

### МАЪЛУМОТНОМА

Фуқаро XUDOYNAZAROVA ROHATOY FARXODOVNAнинг 2022-09-26 даги 60939953-сонли аризасига асосан, 2022-09-26 санасига Кўчмас мулкка бўлган ҳуқуқлар бўйича Давлат кадастрлари палатасида қуйидаги маълумотлар мавжуд:

| № | Ф.И.О | олдинги Ф.И.О | Турар жой | ҳуқуқ тури | Изоҳ |
|---|---|---|---|---|---|
| 1 | XUDOYNAZAROVA ROHATOY FARXODOVNA | | мавжуд эмас | | |

Davlat kadastrlari palatasi

Мазкур ҳужжат Вазирлар Маҳкамасининг 2017 йил 15 сентябрдаги 728-сон қарорига мувофиқ Ягона интерактив давлат хизматлари порталида шакллантирилган электрон ҳужжатнинг нусхаси бўлиб, давлат органлари томонидан ушбу ҳужжатни қабул қилишни рад этишлари қатъиян тақиқланади. Ҳужжат ҳақиқийлигини repo.gov.uz веб-сайтида ҳужжатнинг ноёб рақамини киритиб ёки мобил телефон ёрдамида QR- кодни сканер қилиш орқали текшириш мумкин.

7123

*Translated from Russian and Uzbek into English*

**my.gov.uz**



**Cadastral Agency under the State Tax Committee of the Republic of Uzbekistan**

No. 4624-1363-3137-7a94-fb86-0771-1749

Date of creation of the document: 2022-09-26
Application number: 60939953

Document issued: **KHUDOYNAZAROVA ROHATOY FARKHODOVNA**
PINIP: 42009913970042

## REFERENCE
### of the presence or absence of private dwelling in the name of citizens

There is following information on rights to real estate in the State Cadastral Chamber as of 2022-09-26, based on an application of **KHUDOYNAZAROVA ROHATOY FARKHODOVNA** No.60939953 dated 2022-09-26:

| № | FULL NAME | PREVIOUS NAME | DWELLING | TYPE OF LAW | NOTE |
|---|-----------|---------------|----------|-------------|------|
| 1 | KHUDOYNAZAROVA ROHATOY FARKHODOVNA | | NOT EXIST | | |

**State Cadastral Chamber**                              **QR code 7123**

This document is a copy of an electronic document formed in accordance with the Regulations on the Single Portal of Interactive Government Services, approved by Resolution of the Cabinet of Ministers of the Republic of Uzbekistan dated September 15, 2017 No. 728. To verify the accuracy of the information specified in the copy of the electronic document, go to the website repo.gov.uz and enter the unique number of the electronic document, or scan the QR code using your mobile device.





Республика Узбекистан, город Самарканд

Две тысячи двадцать второго года _____ 26- сентября

**Я, МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ,** нотариус занимающийся частной практикой в городе Самарканде, свидетельствую, что предоставленная подпись сделана собственноручно лично мне известным переводчиком **ХАЙИТОВОЙ ХУШНАВОЙ ХАМЗАЕВНОЙ.**

Переводчик об ответственности за неправильный перевод нотариусом предупреждена.

Зарегистрировано в реестре за № _____ 2020 4 1800 7761

Взыскано по тарифу _____ 16000

Оплачено _____ 30000 сум за совершение дополнительных действий правового и технического характера.

**НОТАРИУС:**                    **МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**

**ГЕРБОВАЯ ПЕЧАТЬ НОТАРИУСА:**

Республика Узбекистан Самаркандская область город Самарканд

Частный Нотариус Муртазаев Шерзод Собирович

SA 0024

В центре печати: Герб Республики Узбекистан

Republic of Uzbekistan, Samarkand city

26- сентября two thousand twenty two,

Hereby, I, **MURTAZAEV SILS,** a Private Notary of Samarkand city hereby have certified the authenticity of the forthcoming signature, affixed by translator **KHAYITOVA KHUSHNAVO HAMZAEVNA,** whom I personally know.

Translator is warned about responsibility for incorrect translation by notary.

Entered into the register under the number № _____ 2020 4 1800 7761

Paid by rate in the amount of _____ 16000 soums

Technical service fee _____ 30000 soums.

**NOTARY:**    /signed/

**OFFICIAL SEALED**



Вы можете проверить статус данного нотариального действия на электронном портале e-notarius.uz

# EXHIBIT
# F

2022-09-26 10:20:43

 my.gov.uz



Ўзбекистон Республикаси
Давлат солиқ
қўмитаси ҳузуридаги
Кадастр агентлиги

№ 3601-1563-3136-ac17-aec2-2362-1165
Ҳужжат яратилинган сана: 2022-09-26
Ариза рақами: 60939098

Ҳужжат берилган: RAXMONKULOV BOBUR
XAYDAROVICH
ЖШ ШИР: 31605953970114

## Фуқароларнинг номида шахсий турар жойи мавжудлиги ёки мавжуд эмаслиги тўғрисида

### МАЪЛУМОТНОМА

Фуқаро RAXMONKULOV BOBUR XAYDAROVICHнинг 2022-09-26 даги 60939098-сонли аризасига асосан, 2022-09-26 санасига Кўчмас мулкка бўлган ҳуқуқлар бўйича Давлат кадастрлари палатасида қуйидаги маълумотлар мавжуд:

| № | Ф.И.О | олдинги Ф.И.О | Турар жой | ҳуқуқ тури | Изоҳ |
|---|-------|---------------|-----------|------------|------|
| 1 | RAXMONKULOV BOBUR XAYDAROVICH | | мавжуд эмас | | |

Davlat kadastrlari palatasi

Мазкур ҳужжат Вазирлар Маҳкамасининг 2017 йил 15 сентябрдаги 728-сон қарорига мувофиқ Ягона интерактив давлат хизматлари порталида шакллантирилган электрон ҳужжатнинг нусхаси бўлиб, давлат органлари томонидан ушбу ҳужжатни қабул қилишни рад этишлари қатъиян тақиқланади. Ҳужжат ҳақиқийлигини геро.gov.uz веб-сайтида ҳужжатнинг ноёб рақамини киритиб ёки мобил телефон ёрдамида QR- кодни сканер қилиш орқали текшириш мумкин.



7678

*Translated from Russian and Uzbek into English*

## my.gov.uz



Cadastral Agency under the State Tax
Committee of the Republic of Uzbekistan

No..3601-1563-3136-ac17-aec2- 2362-1165

Date of creation of the document: 2022-09-26
Application number: 60939098

Document issued: RAKHMONKULOV BOBUR KHAYDAROVICH
PINIP: 31605953970114

## REFERENCE
### of the presence or absence of private dwelling in the name of citizens

There is following information on rights to real estate in the State Cadastral Chamber as of 2022-09-26, based on an application of **RAKHMONKULOV BOBUR KHAYDAROVICH** No.60939098 dated 2022-09-26:

| № | FULL NAME | PREVIOUS NAME | DWELLING | TYPE OF LAW | NOTE |
|---|---|---|---|---|---|
| 1 | RAKHMONKULOV BOBUR KHAYDAROVICH | | NOT EXIST | | |

**State Cadastral Chamber**

**QR code 7678**

This document is a copy of an electronic document formed in accordance with the Regulations on the Single Portal of Interactive Government Services, approved by Resolution of the Cabinet of Ministers of the Republic of Uzbekistan dated September 15, 2017 No. 728. To verify the accuracy of the information specified in the copy of the electronic document, go to the website repo.gov.uz and enter the unique number of the electronic document, or scan the QR code using your mobile device.



Республика Узбекистан, город Самарканд

Две тысячи двадцать второго года _____ 26-сент 2022 г

**Я, МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**, нотариус занимающийся частной практикой в городе Самарканде, свидетельствую, что предоставленная подпись сделана собственноручно лично мне известным переводчиком **ХАЙИТОВОЙ ХУШНАВОЙ ХАМЗАЕВНОЙ**.

Переводчик об ответственности за неправильный перевод нотариусом предупреждена.

Зарегистрировано в реестре за № _____ 20220 12180 7762

Взыскано по тарифу _____ 16000

Оплачено _____ 30000 ум за совершение дополнительных действий правового и технического характера.

НОТАРИУС:                **МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**

ГЕРБОВАЯ ПЕЧАТЬ НОТАРИУСА:

Республика Узбекистан Самаркандская область город Самарканд

Частный Нотариус Муртазаев Шерзод Собирович

SA 0024

В центре печати: Герб Республики Узбекистан

Republic of Uzbekistan, Samarkand city

26- September two thousand twenty two,

Hereby, I, **MURTAZAEV SH.S**, a Private Notary of Samarkand city hereby have certified the authenticity of the forthcoming signature, affixed by translator **KHAYITOVA KHUSHNAVO HAMZAEVNA**, whom I personally know.

Translator is warned about responsibility for incorrect translation by notary.

Entered into the register under the number № _____ 20220 41800 7762

Paid by rate in the amount of _____ 16000 soums

Technical service fee _____ 30000 soums.

**NOTARY:**      /signed/

**OFFICIAL SEALED**



Вы можете проверить статус данного нотариального действия на электронном портале e-notarius.uz

*2022-09-13 15:34:38*

 my.gov.uz



Министерство внутренних
дел Республики
Узбекистан

№ 1640-8663-205c-beb1-2532-7589-9237
Дата создания документа: 2022-09-13
Номер заявки: 60021554

Документ выдан: KARIMOV SHAXBOZ RUZIKULOVICH
ПИНФЛ: 33007933970015

## ВЫПИСКА
### о регистрации по месту постоянного проживания гражданина

### 13.09.2022 - по состоянию

| KARIMOV | SHAXBOZ | RUZIKULOVICH | 30.07.1993 | ERKAK |
|---|---|---|---|---|
| Фамилия | Имя | Отчество | Дата рождении | Пол |

| Серия и номер документа, подтверждающего личность | AA5222589 |
|---|---|

| Адрес постоянной прописки | Дополнительная информация |
|---|---|
| Кадастр: 14:12:03:01:11:0219<br>Регион: САМАРҚАНД ВИЛОЯТИ<br>Район (город): САМАРҚАНД ТУМАНИ<br>Адрес: КАТТАҚЎРГОНАРИҚ ҚФЙ, УРГАНЖИ МФЙ, uy:P/C<br>Дата постоянной регистрации: 25.03.2010<br><br>Название оформляющего отделения: | Пункт прихода:<br>Откуда пришел: |

| Адрес временного проживания |
|---|

Данный документ является копией электронного документа, сформированного на Едином портале интерактивных государственных услуг в соответствии с Постановлением Кабинета Министров № 728 от 15 сентября 2017 года, и отказ государственных органов в принятии данного документа категорически запрещается. Подлинность документа можно проверить, введя уникальный номер документа на сайте repo.gov.uz или просканировав QR-код с помощью мобильного телефона.

8498

1

*ПЕРЕВОД С УЗБЕКСКОГО ЯЗЫКА НА РУССКИЙ*

my.gov.uz

**ИЗОБРАЖЕНИЕ ГОСУДАРСТВЕННОГО
ГЕРБА РЕСПУБЛИКИ УЗБЕКИСТАН**

**МИНИСТЕРСТВО ВНУТРЕННИХ ДЕЛ
РЕСПУБЛИКИ УЗБЕКИСТАН**

№ 1640-8663-205с-цун1-2532-7589-9237
Дата создания документа: 13.09.2022
Номер заявки: 60021554

Документ выдан: КАРИМОВ ШАХБОЗ РУЗИКУЛОВИЧ
ПИНФЛ: 33007933970015

**ВЫПИСКА**
о регистрации по месту постоянного проживания гражданина
13.09.2022 – по состоянию

| КАРИМОВ | ШАХБОЗ | РУЗИКУЛОВИЧ | 30.07.1993 | МУЖСКОЙ |
|---|---|---|---|---|
| Фамилия | Имя | Отчество | Дата рождения | Пол |

| Серия и номер документа, подтверждающего личность | АА 5222589 |
|---|---|

| Адрес постоянной прописки | Дополнительная информация |
|---|---|
| Кадастр 14:12:03:01:11:0219<br>Область: САМАРКАНДСКАЯ ОБЛАСТЬ<br>Район:(район) САМАРКАНДСКИЙ РАЙОН<br>Адрес: Каттакургонарик КСГ, Урганжи МСГ<br>Дата постоянной прописки: 25.03.2010<br>Названия оформляющего отделения: | Пункт прихода:<br>Откуда пришёл: |
| | Адрес временного проживания |

Данный документ является копией электронного документа, сформированного в соответствии с Положением о Едином портале интерактивных государственных услуг, утвержденным постановлением Кабинета Министров Республики Узбекистан от 15 сентября 2017 г. № 728. Для проверки достоверности сведений, указанных в копии электронного документа, перейдите на веб-сайт repo.gov.uz. и ведите уникальный номер электронного документа, либо просканируйте QR-код с помощью мобильного телефона.

QR-Код 8498

*Переводчик не несет ответственности за содержание документа и предупрежден нотариусом об ответственности за неправильный перевод*

Переводчик: *НАЖМИЕВ ФИРДАВС АЛИШЕРОВИЧ*
*Паспорт гражданина Республики Узбекистан*
*Выданный в Самаркандской области города Самарканд*
*Управление Внутренних Дел*
*Серия паспорта № АС 0319878*
*Выдан 27.11.20182г.*
*Годен до 26.11.2028г.*
*Адрес: г. Самарканд улица А. Хомий 0.64*
*710100, Республика Узбекистан*
*Тел: 998-90 242-89-80*
*ДАТА: 24 Сентября 2022г.*

Республика Узбекистан, город Самарканд

Две тысячи двадцать второго года _____ 26 - Сент 202 1

Я, **МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**, нотариус, занимающийся частной практикой в городе Самарканде, свидетельствую, что предоставленная подпись сделана собственноручно лично мне известным переводчиком **НАЖМИЕВЫМ ФИРДАВСОМ АЛИШЕРОВИЧЕМ.**

Переводчик об ответственности за неправильный перевод нотариусом предупрежден.

Зарегистрировано в реестре за № _____ 2022 4 28 00

Взыскано по тарифу _____ 18000

Оплачено _____ сум за совершение дополнительных действий правового и технического характера.

**НОТАРИУС** _____ **МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**

**ГЕРБОВАЯ ПЕЧАТЬ НОТАРИУСА:**

Республика Узбекистан Самаркандская область город Самарканд

Частный Нотариус Муртазаев Шерзод Собирович

SA 0024

В центре печати: Герб Республики Узбекистан



2022-09-26 10:20:43

 

Ўзбекистон Республикаси
Давлат солиқ
қўмитаси ҳузуридаги
Кадастр агентлиги

№ 3601-1563-3136-ас17-аес2-2362-1165
Ҳужжат яратилинган сана: 2022-09-26
Ариза рақами: 60939098

Ҳужжат берилган: RAXMONKULOV BOBUR
XAYDAROVICH
ЖШ ШИР: 31605953970114

## Фуқароларнинг номида шахсий турар жойи мавжудлиги ёки мавжуд эмаслиги тўғрисида

### МАЪЛУМОТНОМА

Фуқаро RAXMONKULOV BOBUR XAYDAROVICHнинг 2022-09-26 даги 60939098-сонли аризасига асосан, 2022-09-26 санасига Кўчмас мулкка бўлган ҳуқуқлар бўйича Давлат кадастрлари палатасида қуйидаги маълумотлар мавжуд:

| № | Ф.И.О | олдинги Ф.И.О | Турар жой | ҳуқуқ тури | Изоҳ |
|---|---|---|---|---|---|
| 1 | RAXMONKULOV BOBUR XAYDAROVICH | | мавжуд эмас | | |

Davlat kadastrlari palatasi

Мазкур ҳужжат Вазирлар Маҳкамасининг 2017 йил 15 сентябрдаги 728-сон қарорига мувофиқ Ягона интерактив давлат хизматлари порталида шакллантирилган электрон ҳужжатнинг нусхаси бўлиб, давлат органлари томонидан ушбу ҳужжатни қабул қилиниш рад этишлари қатъиян тақиқланади. Ҳужжат ҳақиқийлигини repo.gov.uz веб-сайтида ҳужжатнинг ноёб рақамини киритиб ёки мобил телефон ёрдамида QR- кодни сканер қилиш орқали текшириш мумкин.

7678 

1

*Translated from Russian and Uzbek into English*

**my.gov.uz**



Cadastral Agency under the State Tax Committee of the Republic of Uzbekistan

No. 3601-1563-3136-ac17-aec2- 2362-1165

Date of creation of the document: 2022-09-26
Application number: 60939098

Document issued: **RAKHMONKULOV BOBUR KHAYDAROVICH**
PINIP: 31605953970114

## REFERENCE
of the presence or absence of private dwelling in the name of citizens

There is following information on rights to real estate in the State Cadastral Chamber as of 2022-09-26, based on an application of **RAKHMONKULOV BOBUR KHAYDAROVICH** No.60939098 dated 2022-09-26:

| № | FULL NAME | PREVIOUS NAME | DWELLING | TYPE OF LAW | NOTE |
|---|---|---|---|---|---|
| 1 | RAKHMONKULOV BOBUR KHAYDAROVICH | | NOT EXIST | | |

**QR code 7678**

**State Cadastral Chamber**

This document is a copy of an electronic document formed in accordance with the Regulations on the Single Portal of Interactive Government Services, approved by Resolution of the Cabinet of Ministers of the Republic of Uzbekistan dated September 15, 2017 No. 728. To verify the accuracy of the information specified in the copy of the electronic document, go to the website repo.gov.uz and enter the unique number of the electronic document, or scan the QR code using your mobile device.



I CERTIFY THIS IS THE CORRECT TRANSLATION
ПОДТВЕРЖДАЮ ВЕРНОСТЬ ДАННОГО ПЕРЕВОДА
TRANSLATOR         ПЕРЕВОДЧИК
KHAYITOVA          ХАЙИТОВА
KHUSHNAVA          ХУШНАВО
KHAMZAEVNA         ХАМЗАЕВНА
Republic of Uzbekistan, Samarkand city, A.Jami street 66
Passport no AA 2482402 issued by Samarkand region
Samarkand dist. Department of Internal Affairs on 6.08.2013
Республика Узбекистан, Самарканд г. Самарканд ул. А.Джами 66
Паспорт серия АА 2482402 выдан ОВД г.Самаркандского от 6.08.2013 г.
Тел.: +998 97 922 88 78

Республика Узбекистан, город Самарканд

Две тысячи двадцать второго года _____ 26-сент 2022

Я, **МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**, нотариус занимающийся частной практикой в городе Самарканде, свидетельствую, что предоставленная подпись сделана собственноручно лично мне известным переводчиком **ХАЙИТОВОЙ ХУШНАВОЙ ХАМЗАЕВНОЙ.**

Переводчик об ответственности за неправильный перевод нотариусом предупреждена.

Зарегистрировано в реестре за № _____ 2022 12 180 7762

Взыскано по тарифу _____ 16000

Оплачено _____ 38000 сум за совершение дополнительных действий правового и технического характера.

**НОТАРИУС:**                    **МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**

**ГЕРБОВАЯ ПЕЧАТЬ НОТАРИУСА:**

Республика Узбекистан Самаркандская область город Самарканд

Частный Нотариус Муртазаев Шерзод Собирович

SA 0024

В центре печати: Герб Республики Узбекистан

Republic of Uzbekistan, Samarkand city

26 - September two thousand twenty two,

Hereby, I, **MURTAZAEV SH.S**, a Private Notary of Samarkand city hereby have certified the authenticity of the forthcoming signature, affixed by translator **KHAYITOVA KHUSHNAVO HAMZAEVNA**, whom I personally know.

Translator is warned about responsibility for incorrect translation by notary.

Entered into the register under the number № _____ 2022 12 180 7762

Paid by rate in the amount of 16000 soums.

Technical service fee 38000 soums.

**NOTARY:**    /signed/

**OFFICIAL SEALED**



10061116.1.46-48

*2022-09-26 14:50:19*

 my.gov.uz



Ўзбекистон Республикаси
Давлат солиқ
қўмитаси ҳузуридаги
Кадастр агентлиги

№ 9363-6063-3175-dbaa-0f82-9350-4216
Ҳужжат яратилинган сана: 2022-09-26
Ариза рақами: 60939369

Ҳужжат берилган: RAXMANKULOV XAYDAR
XOLMURODOVICH
ЖШ ШИР: 31811623970054

## Фуқароларнинг номида шахсий турар жойи мавжудлиги ёки мавжуд эмаслиги тўғрисида

### МАЪЛУМОТНОМА

Фуқаро RAXMANKULOV XAYDAR XOLMURODOVICHнинг 2022-09-26 даги 60939369-сонли аризасига асосан, 2022-09-26 санасига Кўчмас мулкка бўлган ҳуқуқлар бўйича Давлат кадастрлари палатасида қуйидаги маълумотлар мавжуд:

| № | Ф.И.О | олдинги Ф.И.О | Турар жой | ҳуқуқ тури | Изоҳ |
|---|-------|---------------|-----------|------------|------|
| 1 | RAXMANKULOV XAYDAR XOLMURODOVICH | | мавжуд | мулк ҳуқуқи | 14:12:05:01:11:0060 |

Davlat kadastrlari palatasi

Мазкур ҳужжат Вазирлар Маҳкамасининг 2017 йил 15 сентябрдаги 728-сон қарорига мувофиқ Ягона интерактив давлат хизматлари порталида шакллантирилган электрон ҳужжатнинг нусхаси бўлиб, давлат органлари томонидан ушбу ҳужжатни қабул қилишни рад этишлари қатъиян тақиқланади. Ҳужжат ҳақиқийлигини repo.gov.uz веб-сайтида ҳужжатнинг ноёб рақамини киритиб ёки мобил телефон ёрдамида QR- кодни сканер қилиш орқали текшириш мумкин.

5813

*Translated from Russian and Uzbek into English*

my.gov.uz



**Cadastral Agency under the State Tax Committee of the Republic of Uzbekistan**

No. 9363-6063-3175-dbaa-0f82-9350-4216

Date of creation of the document: 2022-09-26
Application number: 60939639

Document issued: **RAKHMONKULOV KHAYDAR KHOLMURODOVICH**
PINIP: 31811623970054

**REFERENCE**
of the presence or absence of private dwelling in the name of citizens

There is following information on rights to real estate in the State Cadastral Chamber as of 2022-09-26, based on an application of **RAKHMONKULOV KHAYDAR KHOLMURODOVICH** No.60939369 dated 2022-09-26:

| № | FULL NAME | PREVIOUS NAME | DWELLING | TYPE OF LAW | NOTE |
|---|-----------|---------------|----------|-------------|------|
| 1 | **RAKHMONKULOV KHAYDAR KHOLMURODOVICH** | | Available | property rights | 14:12:05:01:11:0060 |

**State Cadastral Chamber**

QR code 5813

This document is a copy of an electronic document formed in accordance with the Regulations on the Single Portal of Interactive Government Services, approved by Resolution of the Cabinet of Ministers of the Republic of Uzbekistan dated September 15, 2017 No. 728. To verify the accuracy of the information specified in the copy of the electronic document, go to the website repo.gov.uz and enter the unique number of the electronic document, or scan the QR code using your mobile device.





I CERTIFY THIS IS TO BE CORRECT TRANSLATION
TRANSLATOR
KHAYITOVA
KHUSHNAVO
KHAMZAEVNA
Republic of Uzbekistan Samarkand region Samarkand city, A.Jami street 68
Passport No AA 2403402 issued by Samarkand dist. Department of Internal Affairs on 6.08.2013
Tel: +998 57 922-88-73

Республика Узбекистан, город Самарканд

Две тысячи двадцать второго года _____ 26 - сентября

**Я, МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**, нотариус занимающийся частной практикой в городе Самарканде, свидетельствую, что предоставленная подпись сделана собственноручно лично мне известным переводчиком **ХАЙИТОВОЙ ХУШНАВОЙ ХАМЗАЕВНОЙ**.

Переводчик об ответственности за неправильный перевод нотариусом предупреждена.

Зарегистрировано в реестре за № _____ 10 10 4 18 0 0 7763

Взыскано по тарифу _____ 18000

Оплачено _____ 3000 сум за совершение дополнительных действий правового и технического характера.

НОТАРИУС:                    **МУРТАЗАЕВ ШЕРЗОД СОБИРОВИЧ**

ГЕРБОВАЯ ПЕЧАТЬ НОТАРИУСА:

Республика Узбекистан Самаркандская область город Самарканд

Частный Нотариус Муртазаев Шерзод Собирович

SA 0024

В центре печати: Герб Республики Узбекистан

Republic of Uzbekistan, Samarkand city

26 - September two thousand twenty two,

Hereby, I, **MURTAZAEV SH.S**, a Private Notary of Samarkand city hereby have certified the authenticity of the forthcoming signature, affixed by translator **KHAYITOVA KHUSHNAVO HAMZAEVNA**, whom I personally know.

Translator is warned about responsibility for incorrect translation by notary.

Entered into the register under the number № _____ 10 10 4 18 0 0 7763

Paid by rate in the amount of _____ 18000 soums.

Technical service fee _____ 30000 soums.

**NOTARY:**      /signed/

**OFFICIAL SEALED**



Вы можете проверить статус данного нотариального действия на электронном портале e-notarius.uz

CERTIFIED MAIL ™

CPU

FIRST-CLASS MAIL
U.S. POSTAGE AND
PAID
STREAM



U.S. POSTAGE IMI
$11.18
FCMF   RDC 99
Orig: 85260
Dest: 10007
08/05/24
2000052320

**USPS CERTIFIED MAIL**

9214 8901 4298 0405 9372 09

**CERTIFIED MAIL**

Mr. Djonibek Rahmankulov
Reg: 08873-509
FCI Oakdale II
P.O Box 5010
Oakdale LA 71463

0010081116000011

Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York NY 10007
USA



RECEIVED
AUG 13 2024
CLERK'S OFFICE
S.D.N.Y.

USM4LD
SDNY

SDNY