

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 24, 2024

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    United States v. Djonibek Rahmankulov, 20 Cr. 653 (RA)

Dear Judge Abrams:

    On October 17, 2024, the Court issued an order asking the Government to address additional questions regarding restitution by today, October 24, 2024. (Dkt. No. 392). The Government respectfully requests to adjourn its deadline to respond to October 30, 2024. Restitution in this matter was being handled by AUSA Samuel Raymond, who has since left the office. The Government is requesting until October 30th to address the Court's questions given it has taken time for the undersigned to consult with Mr. Raymond and to get up to speed regarding the pending restitution issues. The defense consents to this request. In addition, defense counsel has informed the undersigned that she is currently on trial scheduled to last three additional weeks, and she has requested a deadline to reply regarding restitution the week of November 18th. The Government consents to that adjournment.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

by: /s Cecilia Vogel_____
    Cecilia Vogel
    Assistant United States Attorney
    (212) 637-1084

cc: Sarah M. Sacks, Esq. (by ECF)

---

Application granted.  The Government shall file its letter by October 30, 2024 and Rahmankulov shall file his response by November 22, 2024.

SO ORDERED.

Hon. Ronnie Abrams
October 25, 2024