UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DJONIBEK RAHMANKULOV,<br><br>Defendant. | No. 20-cr-653 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the letter from Defendant Djonibek Rahmankulov, dated October 31, 2024 and entered at docket number 399. Because Mr. Rahmankulov is represented by counsel, no later than November 22, 2024, his counsel shall, after consulting with her client, advise the Court as to whether she seeks to incorporate any of Mr. Rahmankulov's letter into her letter response due on November 22, 2024. The Court also advises Mr. Rahmankulov that, because he is represented by counsel, he should not submit any more materials directly to the Court. *See United States v. Hage*, 74 F.4th 94–95 (2d Cir. 2023) (explaining that defendants represented by counsel generally should not be permitted to make *pro se* submissions). If he wishes to bring an issue to the Court's attention, he must confer with his counsel and direct her to file a submission on his behalf. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Rahmankulov.

SO ORDERED.

Dated:    November 20, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge