UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DJONIBEK RAHMANKULOV,<br><br>Defendant. | No. 20-cr-653 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On January 29, 2025, the Court issued an order ruling on several issues related to Defendant Rahmankulov's restitution obligations and directed the Government to file a revised restitution proposal consistent with that opinion. Dkt. 410. The Government filed that revised proposal on February 11, 2025. Dkt. 411. Counsel for Defendant shall file any response or objections to the revised proposal no later than February 19, 2025.

SO ORDERED.

Dated:   February 12, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge