UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| - v. - | PROPOSED REVISED ORDER OF RESTITUTION |
| DJONIBEK RAHMANKULOV, | S4 20 Cr. 653 (RA) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Danielle R. Sassoon, United States Attorney for the Southern District of New York, Thane Rehn and Cecilia Vogel, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

DJONIBEK RAHMANKULOV, the Defendant, shall pay restitution in the total amount of $855,850.08, pursuant to Title 18, United States Code, Section 3663 and 3663A ("MVRA"); to the victims of the offenses charged in the Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to Title 18, United States Code, Section 3664(f)(2), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

While serving the term of imprisonment, the Defendant shall make installment payments toward his restitution obligation through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Pursuant to the IFRP, the BOP may establish a payment plan by evaluating the Defendant's six-month deposit history and subtracting an amount determined by the BOP to be used to maintain contact with family and friends, send mail, and buy necessary commissary items. That subtracted amount to be used to maintain contact with family and friends, send mail, and buy necessary commissary items shall not be determined to be less than $50 per month. In other words, installment payments should permit at least $50 to be used to maintain contact with family and friends, send mail, and buy necessary commissary items each month. The remaining balance may be used to determine a repayment schedule. BOP staff shall help the Defendant develop a financial plan and shall monitor the inmate's progress in meeting his restitution obligation.

Any unpaid amount remaining upon release from prison will be paid in installments of at least twenty percent of the defendant's gross monthly income on the 15th of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3. **Payment Instructions**

The Defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debts payments are available on the Clerk of the Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 – Attention: Cashier, as required by Title 18, United States Code, Section 3611. The Defendant shall write his name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The Defendant shall notify, within 30 days, the Clerk of the Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with Title 18, United States Code, Section 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

Pursuant to 18 U.S.C. § 3664(j)(2) and *United States v. Nucci*, 364 F.3d 419, 423-24 (2d Cir. 2004), the Defendant shall notify the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation) of any amount recovered by a victim for the same loss amounts listed in Schedule A, to reduce the restitution amount for such victim(s) accordingly. Victims may not obtain double recovery for the loss amounts listed in Schedule A.

5. **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in Title 18, United States Code, Section 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to Title 18, United States Code, Section 3613(c) shall continue until the estate receives a written release of that liability.

6. **Priority of Payments**

Pursuant to 18 U.S.C. 3664(j)(1) and 3664(i), victims besides the Hartford Insurance Company, Cincinnati Insurance Company, and United States' Small Business Administration, must be paid first.

Pursuant to 18 U.S.C. 3664(i), all nonfederal parties must be paid before the United States' Small Business Administration is paid.

Dated: New York, New York
March 10, 2025

SO ORDERED:

_____
HONORABLE RONNIE ABRAMS
UNTIED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :

UNITED STATES OF AMERICA      :

                                    :       SCHEDULE OF VICTIMS

          - v. -                            :

                                    :       S4 20 Cr. 653 (RA)

DJONIBEK RAHMANKULOV,      :

                                    :

          Defendant.           :

                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| NAME | ADDRESS & PHONE NUMBER | AMOUNT OF RESTITUTION |
|---|---|---|
| Cape Cod Community College | 2240 Iyannough Road<br>West Barnstable, MA 02668<br>(774) 330-4300 | $99,100 |
| May Supply Company | 1775 Erickson Ave<br>Harrisonburg, VA 22801<br>(540) 433-2611 | $88,439.78 |
| Blue Ridge Mountain Electric Membership Corporation | 875 Main St<br>Young Harris, GA 30582<br>(800) 292-6456 | $83,540 |
| Home Services Title | 4060 Executive Drive<br>Dayton, OH 45430<br>(937) 435-2580 | $12,212.28 |
| The Hartford Insurance Company | ATTN: Legal Department<br>501 Pennsylvania Parkway<br>Suite 400<br>Indianapolis, IN 46280-0014 | $16,690.88 |
| Cincinnati Insurance Company | ATTN: Legal Department<br>6200 S. Gilmore Road<br>Fairfield, OH 45014-5141 | $83,553.15 |
| Varitron | 12 Executive Dr #2<br>Hudson, NH 03051<br>450-361-3592 | $155,000 |
| Cornerstone Real Estate Title Company, Ltd. | 825 S Main St<br>North Canton, OH 44720<br>(330) 433-6800 | $171,200 |

| United States Small Business Administration | SBA/DFC<br>721 19th Street, 3rd Floor<br>Room 301<br>Denver, CO 82020 | $149,900 |
|---|---|---|