

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Djonibek Rahmankulov*, 20 Cr. 653 (RA)

Dear Judge Abrams:

On February 12, 2026, the Court ordered the Government to respond by February 27, 2026, to Farzodjon Asadov's motion to vacate the forfeiture order as to funds from a J.P. Morgan Chase bank account ending in 9268 held in the name of Chaykhana I. The Government respectfully requests a two-week extension to respond. The undersigned was out of the office from February 13th through 23rd, 2026, and the Government needs additional time to confer with the U.S. Marshals and Federal Bureau of Investigation regarding the discrepancy in the amount of funds identified in the administrative forfeiture notice versus the criminal forfeiture notice and order. Counsel for Mr. Asadov consents to this adjournment request.

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
Feb. 27, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for
the Southern District of New York

By: _/s/ Cecilia Vogel_____
    Thane Rehn
    Cecilia Vogel
    Assistant United States Attorneys
    (212) 637-2354/1084

cc: Igor Niman, Esq. (via ECF and email)