

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2026

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
April 6, 2026

Re:    *United States v. Djonibek Rahmankulov*, 20 Cr. 653 (RA)

Dear Judge Abrams:

The Government and counsel for Farzodjon Asadov continue to discuss a potential settlement to resolve Mr. Asadov's motion to vacate the forfeiture order as to funds from a J.P. Morgan Chase bank account ending in 9268 held in the name of Chaykhana I. The Government's current deadline to respond to Mr. Asadov's motion is April 13, 2026. The Government anticipates that the parties' settlement discussions will extend beyond that date. Accordingly, the Government requests to adjourn its deadline to respond to the motion by 45 days. Counsel for Mr. Asadov consents to this adjournment request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for
the Southern District of New York

By:  /s/ Cecilia Vogel
Thane Rehn
Cecilia Vogel
Assistant United States Attorneys
(212) 637-2354/1084

cc:  Igor Niman, Esq. (via ECF and email)